UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| Vinci Brands LLC <br><br> Plaintiff(s) <br> - v - <br><br> Coach Services, Inc., Kate Spade, LLC, and Tapestry, Inc. <br><br> Defendant(s) | **RULE 7.1 STATEMENT** <br><br><br> 1:23-cv-5138 <br> Case Number |

_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Vinci Brands LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

No such corporations exist.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

The sole members of Vinci Brands LLC are Steve Latkovic, an individual domiciled in Ohio, and Glenn Pollack, an individual domicile in Florida.

6/16/23
Date

Michael Vatis
Signature of Attorney

MW 1734
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022