UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
VINCI BRANDS LLC,                                                  :
                              Plaintiff,                :
                                                                   :    23 Civ. 5138 (LGS)
              -against-                                        :
                                                                   :    ORDER
COACH SERVICES, INC., et al.,                                      :
                            Defendants.              :
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 23, 2023, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. It is hereby

       **ORDERED** that a hearing will be held on the motion on **June 27, 2023, at 3:00 P.M.**, in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York. If any lawyer is based outside of the city and prefers that the hearing be held remotely, he or she should notify the Court as soon as possible. It is further

       **ORDERED** that Defendants may, but need not, file any opposition papers by **June 26, 2023, at 3:00 P.M.** It is further

       **ORDERED** that the parties shall meet and confer as soon as possible, including over the weekend, to negotiate interim relief that may avoid the necessity of a Court order. It is further

       **ORDERED** that Plaintiff shall serve on Defendants by email a copy of this Order and all moving papers by **June 24, 2023, at noon**. Plaintiff shall file on the docket an affidavit of service by **June 26, 2023**.

Dated: June 23, 2023
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE