UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

VINCI BRANDS LLC,

                      Plaintiff,

        -against-                      23 Civ. 5138 (LGS)

COACH SERVICES, INC., et al.,

                      Defendants.

-------------------------------------------------------------        ORDER

KATE SPADE LLC, et al.,

                      Plaintiffs,

        -against-                      23 Civ. 5409 (LGS)

VINCI BRANDS LLC,

                      Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a hearing was held on the pending motions for a temporary restraining order and preliminary injunction on June 27, 2023.  As discussed at the conference, it is hereby

       **ORDERED** that parties Vinci Brands LLC, Kate Spade, LLC, Coach Services, Inc. and Tapestry, Inc. shall proceed with settlement discussions.  By **June 28, 2023**, those parties shall file a joint letter advising whether they would like to conduct settlement discussions via a settlement conference before Magistrate Judge Figueredo, participate in the Court's Mediation Program or retain (at the parties' expense) a private mediator.  It is further

       **ORDERED** that, by **July 5, 2023**, those parties shall file a joint status letter apprising the Court of the status of their discussions.

Dated: June 28, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**