

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York  NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
bclplaw.com

June 28, 2023

Christine Cesare
Partner
Direct:  +1 212 541 1228
Fax:  +1 212 904 0506
cbcesare@bclplaw.com

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Via ECF**

Re:   *Vinci Brands LLC v. Coach Services, Inc. et al.* – 1:23-cv-05138-LGS
      *Kate Spade LLC et al. v. Vinci Brands LLC* – 1:23-cv-05409-LGS
      **Request for Referral to Judge Valerie Figueredo for Mediation**

Dear Judge Schofield:

Pursuant to Your Honor's Order at the June 27, 2023 hearing in connection with the above-referenced, related matters, counsel for Coach Services, Inc., Kate Spade LLC, and Tapestry, Inc. and counsel for Vinci Brands LLC jointly file this letter to inform the Court that the parties have conferred and agree to participate in a mediation before Judge Figueredo.

Accordingly, the parties respectfully request an order referring this matter to Judge Figueredo for the purposes of mediation.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Christine Cesare*

**Christine Cesare**
Partner


cc:    Nick Williamson (*pro hac vice* forthcoming)
       Thomas J. Schell (via ECF)
       Jane Ernst (via ECF)

       Michael Vatis (via ECF)        All Other Counsel of Record (via ECF)