

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

June 30, 2023

<u>*VIA ECF*</u>

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: ***Vinci Brands, LLC v. Coach Services, Inc***., Case No. 1:23-CV-05138

Dear Judge Schofield,

  I write on behalf of the Plaintiff, Vinci Brands, LLC ("Vinci") in the above-captioned matter. I write to respectfully request a one-week extension of time for Vinci to file its Reply Brief in Support of its Application for Temporary Restraining Order and Injunctive Relief. Vinci's Reply Brief is currently due July 3, 2023 and Vinci respectfully requests an extension of that deadline to and including July 10, 2023. This is the first (and only) request for an extension of time of this deadline. Vinci respectfully requests the extension of time to allow it and its counsel to adequately prepare for the Court-ordered mediation with Magistrate Judge Figueredo on July 5, 2023, which was scheduled earlier today. In addition, Vinci's request will not prejudice any party as Vinci's Brief in Opposition to the Application for TRO and Injunctive Relief filed by Kate Spade LLC and Coach Services, Inc. in related case 1:23-CV-5409, an Application which the Court is entertaining at the same time as Vinci's Application, is also due on July 10, 2023. Counsel for Vinci reached out to counsel for Kate Spade, LLC, Coach Services, Inc., Tapestry, Inc. and Case-Mate, Inc. regarding the requested relief, but have not heard back.

            Very truly yours,

            BENESCH, FRIEDLANDER,
             COPLAN & ARONOFF LLP

            <u>/s/  Michael A. Vatis</u>

            Michael A. Vatis

MAV: