

July 1, 2023

Christine Cesare
Partner
Direct:  +1 212 541 1228
Fax:  +1 212 904 0506
cbcesare@bclplaw.com

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Via ECF**

Re:   *Vinci Brands LLC v. Coach Services, Inc. et al.* – 1:23-cv-05138-LGS –
      **Response to Plaintiff Vinci Brands LLC's ("Vinci") Request for Extension of Time**

Dear Judge Schofield:

We are counsel to Defendants Coach Services, Inc., Kate Spade LLC, and Tapestry, Inc. (collectively, "KSNY") in the above-referenced matter. At 8:04 pm on Friday, June 30, 2023, Vinci emailed counsel for defendants requesting an extension of time to file its reply to KSNY's opposition to Vinci's application for a temporary restraining order and injunctive relief, requesting an extension from Monday, July 3, 2023 to Monday, July 10, 2023. Vinci filed a letter via ECF requesting such extension shortly thereafter before KSNY could respond. *See* ECF 57.

Counsel for KSNY consents to the extension requested by Vinci. KSNY anticipates that Vinci will extend the same courtesy to KSNY as the parties jointly arrange for a mutually agreeable schedule for upcoming deadlines—subject to the Court's approval.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Christine Cesare*

**Christine Cesare**
Partner


cc:     All Counsel Via ECF.