

July 5, 2023

Christine Cesare
Partner
Direct:  +1 212 541 1228
Fax:  +1 212 904 0506
cbcesare@bclplaw.com

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Via ECF**

**Re:** *Vinci Brands LLC v. Coach Services, Inc. et al.* – 1:23-cv-05138-LGS
*Kate Spade LLC et al. v. Vinci Brands LLC* – 1:23-cv-05409-LGS
**Status of Settlement Negotiations**

Dear Judge Schofield:

Pursuant to Your Honor's June 28, 2023 Order (ECF 16) in connection with the above-referenced, related matters, counsel for Coach Services, Inc., Kate Spade LLC, and Tapestry, Inc. and counsel for Vinci Brands LLC jointly file this letter to inform the Court that the parties have participated in a settlement conference before Judge Figueredo on June 5, 2023. The parties attended from 2 pm to 7:20 pm. The parties were unable to reach a resolution.

KSNY and Vinci also participated in a telephone conference on June 28, discussed their respective positions, and were unable to reach a resolution at that time.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Christine Cesare*

**Christine Cesare**
Partner


cc:   All Counsel Via ECF.