

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial:  646.328.0494
Fax:  646.755.3397
mvatis@beneschlaw.com

August 2, 2023

Application **GRANTED**.  The initial pretrial conference scheduled for August 9, 2023, is adjourned to **September 13, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **September 6, 2023, at 12:00 P.M.**

Dated: August 2, 2023
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    ***Vinci Brands LLC v. Coach Services, Inc. et al.***, Case No. 1:23-CV-05138-LGS

Dear Judge Schofield:

Counsel for Vinci Brands LLC ("Vinci"), Coach Services, Inc., Kate Spade LLC, Tapestry, Inc. (the "Kate Spade Defendants"), and Case-Mate, Inc. ("Case-Mate") (collectively, the "Parties") jointly file this letter to notify the Court that the Parties met and conferred and agreed jointly to request an extension of time to submit the joint letter and case management schedule required by the Court's June 21, 2023 Order (ECF 11) and an adjournment of the telephonic conference scheduled for August 9, 2023 at 4:00 pm.

The Parties believe that an extension and adjournment would serve the interest of judicial efficiency in light of  Vinci's pending request for a preliminary injunction and TRO and the Kate Spade Defendants' and Case-Mate's pending motion to dismiss letters. The Parties respectfully propose that the joint letter and case management schedule be submitted by September 6, 2023 and that the telephonic conference be scheduled for September 13, 2023, or as soon thereafter as the Court's schedule permits.

We thank the Court for its attention to this matter.

Very truly yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

s/Michael A. Vatis

Michael A. Vatis

23056460 v2