UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
VINCI BRANDS LLC,
                      Plaintiff,

          -against-                      23 Civ. 5138 (LGS)

COACH SERVICES, INC., et al.,
                      Defendants.

-------------------------------------------------------------    **ORDER**

KATE SPADE LLC, et al.,
                      Plaintiffs,

         -against-                      23 Civ. 5409 (LGS)

VINCI BRANDS LLC, et al.,
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that a telephonic conference will be held on **August 21, 2023, at 4:30 P.M.**  At that time, the parties shall call (888) 363-4749 and enter the access code 558-3333.

Dated: August 21, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE