**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                             :
VINCI BRANDS LLC,                                            :
                                    Plaintiff,               :
                                                             :
                    -against-                                :          23 Civ. 5138 (LGS)
                                                             :
COACH SERVICES, INC., et al.,                                :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------:          **ORDER**
                                                             :
KATE SPADE LLC, et al.,                                      :
                                    Plaintiffs,              :
                                                             :
                    -against-                                :          23 Civ. 5409 (LGS)
                                                             :
VINCI BRANDS LLC, et al.,                                    :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on August 21, 2023.  For the reasons

discussed at the conference, it is hereby

**ORDERED** that by **August 22, 2023**, the parties shall file a joint letter stating their date

availabilities for a preliminary injunction hearing over Zoom.  The parties shall address the

following issues at the evidentiary hearing: (1) whether the force majeure events invoked by Vinci

Brands LLC ("Vinci") caused Vinci's failure to pay with respect to both the June 14, 2023, and July

18, 2023, terminations of the licensing agreement by Kate Spade LLC and (2) whether any default

on Vinci's loan from Siena Lending Group, LLC was ever cured or waived.  The parties need not

address the issue raised by Vinci regarding the renegotiation of the Guaranteed Minimum Royalties

due in Contract Year 9, as the Court has a sufficient factual record.

Dated:  August 22, 2023
        New York, New York

                                                           LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE