UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                            :

VINCI BRANDS LLC,                                     :
                                     Plaintiff,    :
                                                      :
                -against-                  :      23 Civ. 5138 (LGS)
                                                       :
COACH SERVICES, INC., et al.,         :
                                   Defendants.  :
                                                       :
------------------------------------------------------------:      **ORDER**
                                                       :
KATE SPADE LLC, et al.,                   :
                                   Plaintiffs,  :
                                                       :
                -against-                  :      23 Civ. 5409 (LGS)
                                                       :
VINCI BRANDS LLC, et al.,                :
                                   Defendants.  :
                                                     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that a preliminary injunction hearing will be held on **September 6, 2023, at 9:30 A.M.**  It is further

      **ORDERED** that, by **August 31, 2023**, KSNY and Vinci shall file their respective witness list and exhibit list.  If either party wishes to present more than 15 exhibits, the exhibit list shall be prepared as an Excel spreadsheet, a courtesy copy of which shall be emailed to Chambers in native format.  By **September 5, 2023**, the parties shall email [Schofield_NYSDChambers@nysd.uscourts.gov](mailto:Schofield_NYSDChambers@nysd.uscourts.gov) requesting a link to upload their exhibits, which shall be identified by exhibit number.  It is further

      **ORDERED** that, in light of the two issues to be addressed, Vinci shall have 2.75 hours and KSNY shall have 2.25 hours to present argument and evidence, including both direct and

cross-examination. Case-Mate shall have 0.5 hours for argument and cross-examination. Vinci will present its evidence first, as the party with the burden of proof on the two issues, followed by KSNY. Any witness called by Vinci will be called only once and may not be recalled. Counsel shall endeavor to ask only non-leading questions on direct examination. KSNY and Case-Mate may question beyond the scope of direct, but only with non-leading questions. Strict rules of evidence, including hearsay rules, will not apply. However, the reliability of evidence will be considered and go to its weight. It is further

**ORDERED** that fact witnesses shall not be privy to the proceedings before they testify, except that one corporate representative for each party may attend the entire hearing. It is further

**ORDERED** that the hearing will be conducted by video conference. Call-in details for participants, as well as audio only for public attendance, will be provided closer to the date.

Dated: August 24, 2023
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**