UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC,<br><br>   Plaintiff,<br><br> v.<br><br>Coach Services, Inc., Kate Spade LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>   Defendants. | Civil Action No. 1:23-cv-05138-LGS |
| Coach Services, Inc. and Kate Spade LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>Vinci Brands LLC and ACS Group Acquisitions LLC,<br><br>   Defendants. | Civil Action No. 1:23-cv-05409-LGS |

## COACH SERVICES, INC., KATE SPADE LLC, AND TAPESTRY, INC. ("KSNY") – EXHIBIT LIST AND WITNESS LIST

  Pursuant to the Order, dated August 24, 2023, in the above-referenced cases, KSNY submits this Witness List and Exhibit List. KSNY reserves the right to utilize additional exhibits during its argument, direct examination, and/or cross-examination (for impeachment purposes, or otherwise) at the hearing, including, for example and without limitation: (i) any documents already of record in Civil Action No. 1:23-cv-05138-LGS; (ii) any documents already of record in Civil Action No. 1:23-cv-05409-LGS; (iii) any documents identified on Vinci Brands LLC's Exhibit List; and/or (iv) any documents identified on Case-Mate, Inc.'s Exhibit List. KSNY also reserves the right to offer rebuttal evidence (documentary or witness) in response to matters raised by Vinci Brands, LLC or Case-Mate, Inc.

| Exhibit No. | Exhibit Description |
|---|---|
| KSNY 1 | License Agreement, dated April 25, 2014, between Incipio Technologies, Inc. and Coach Services, Inc. |
| KSNY 2 | Fourth Amendment to License Agreement, dated November 13, 2019, between Incipio, LLC and Coach Services, Inc. |
| KSNY 3 | Sixth Amendment to License Agreement, effective January 1, 2022, between Vinci Brands LLC and Coach Services, Inc. |

| Exhibit No. | Exhibit Description |
|---|---|
| KSNY 4 | Public Notice of Article 9 Sale: Incipio, LLC and Related Entities, dated July 13, 2021 (*from* https://www.dailydac.com/article-9-sale-incipio-llc-incase-designs-griffin-technology/). |
| KSNY 5 | Notice of Public Sale, dated May 11, 2023, from Siena Lending Group LLC. |
| KSNY 6 | Notice of Public Sale, dated May 24, 2023, from Case-Mate, Inc. |
| KSNY 7 | Notification of Kate Spade's Rights, dated May 26, 2023, to Siena Lending Group LLC. |
| KSNY 8 | Notification of Kate Spade's Rights, dated June 2, 2023, to Case-Mate, Inc. |
| KSNY 9 | Royalty Income Statement, January 1, 2022 through June 30, 2023 (Through November 11, 2022). |
| KSNY 10 | Royalty Income Statement, January 1, 2022 through June 30, 2023 (Revised June 5, 2023). |
| KSNY 11 | Vinci – Kate Spade 2022 Review and 2023 Forecast |
| KSNY 12 | Incipio Social Media Compilation |
| KSNY 13 | Incipio Press Release Compilation |
| KSNY 14 | Letter Re: Contract Year 8, dated June 17, 2021, to Incipio, LLC. |
| KSNY 15 | Notice of Non-Payment, dated March 20, 2023, to Vinci Brands LLC. |
| KSNY 16 | Notice of Default, dated March 31, 2023, to Vinci Brands LLC. |
| KSNY 17 | Response to Vinci Brands LLC's March 20 Letter, dated March 31, 2023. |
| KSNY 18 | Email, dated May 11, 2023, from J. Bingham to J. de Lagarde, M. Dittmer, J. Philips and C. Warshaw. |
| KSNY 19 | Notice of Termination, dated June 14, 2023, to Vinci Brands LLC. |

| Witness | Title and Affiliation |
|---|---|
| Charlotte Warshaw | Vice President of Americas Wholesale, Global Travel Retail and Global Licensing, kate spade new york. |
| Steve Marzio | Chief Executive Officer, Case-Mate, Inc. |

Dated: New York, New York
August 31, 2023

                                **BRYAN CAVE LEIGHTON PAISNER LLP**

                              By:  */s/ Christine Cesare*
                                     Christine Cesare
                                     Thomas J. Schell
                                     Jane Ernst
                                     1290 Avenue of the Americas
                                     New York, NY 10104
                                     Tel: (212) 541-2000
                                     cbcesare@bclplaw.com
                                     tjschell@bclplaw.com
                                     jane.ernst@bclplaw.com

                                   Nick Williamson (*pro hac vice*)
                                   One Metropolitan Square
                                   211 North Broadway, Suite 3600
                                   St. Louis, MO 63102
                                   Tel: (314) 259-2000
                                   nick.williamson@bclplaw.com