UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
VINCI BRANDS LLC,                                            :
                         Plaintiff,                      :
:
            -against-                                    :   23 Civ. 5138 (LGS)
:
COACH SERVICES, INC., et al.,                                :
                         Defendants.                     :
:
-----------------------------------------------------------:    **<u>ORDER</u>**
:
KATE SPADE LLC, et al.,                                      :
                         Plaintiffs,                     :
:
            -against-                                    :   23 Civ. 5409 (LGS)
:
VINCI BRANDS LLC, et al.,                                    :
                         Defendants.                     :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 22, 2023, Vinci Brands LLC ("Vinci") filed a motion for extension of time to file a motion for reconsideration or reargument of the Court's September 12, 2023, preliminary injunction opinion and order.  It is hereby

**ORDERED** that Vinci's motion for an extension of time is **GRANTED** in part and **DENIED** in part.  Vinci shall file any such motion by **September 29, 2023**.

The Clerk of Court is respectfully directed to close the motions at Dkt 153 in No. 23 Civ. 5138 and Dkt. 100 in No. 23 Civ. 5409.

Dated: September 27, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE