Note: Yellow highlighted cells are to be populated by Licensee.

## Coach Services, Inc. Royalty Income Statement
### Schedule 11.1
### Vinci
### Coach Services, Inc.
### 1/1/22 - 6/30/23

| | Q3'FY22 Jan-Mar Actual | Q4'FY22 Apr-Jun Actual | Q1'FY23 Jul-Sep Actual | Q2'FY23 Oct - Dec Forecast | Q3'FY23 Jan-Mar Forecast | Q4'FY23 Apr-Jun Forecast | Total Year |
|---|---|---|---|---|---|---|---|
| **FULL PRICE - US & Canada** | | | | | | | |
| US Gross Sales at Wholesale List | | | | | | | |
| Canada Gross Sales at Wholesale List | | | | | | | |
| Other Gross Sales at Wholesale List | | | | | | | |
| Total Gross Sales at Wholesale List | | | | | | | |
| | | | | | | | |
| Less Approved Deductions Per Contract (Enter amounts as positive numbers): | | | | | | | |
| Returns Taken by Customers and Allowed by Licensee | | | | | | | |
| Damage Allowances | | | | | | | |
| Volume Rebates | | | | | | | |
| Other Deductions (must explain below) | | | | | | | |
| Total Deductions | | | | | | | |
| *Total Deductions as a % of Gross Sales at Wholesale List* | | | | | | | |
| | | | | | | | |
| Net Sales Subject to Royalty | | | | | | | |
| | | | | | | | |
| Royalty Percentage | | | | | | | |
| Sales Royalty Earned | | | | | | | |
| **FULL PRICE - US & Canada (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft)** | | | | | | | |
| US Gross Sales at Wholesale List | | | | | | | |
| Canada Gross Sales at Wholesale List | | | | | | | |
| Other Gross Sales at Wholesale List | | | | | | | |
| Total Gross Sales at Wholesale List | | | | | | | |
| | | | | | | | |
| Less Approved Deductions Per Contract (Enter amounts as positive numbers): | | | | | | | |
| Returns Taken by Customers and Allowed by Licensee | | | | | | | |
| Damage Allowances | | | | | | | |
| Volume Rebates | | | | | | | |
| Other Deductions (must explain below) | | | | | | | |
| Total Deductions | | | | | | | |
| *Total Deductions as a % of Gross Sales at Wholesale List* | | | | | | | |
| | | | | | | | |
| Net Sales Subject to Royalty | | | | | | | |
| | | | | | | | |
| Royalty Percentage | | | | | | | |
| Sales Royalty Earned | | | | | | | |
| **OFF PRICE - US & Canada** | | | | | | | |
| US Gross Sales at Off-Price Wholesale List | | | | | | | |
| Canada Gross Sales at Off-Price Wholesale List | | | | | | | |
| Other Gross Sales at Off-Price Wholesale List | | | | | | | |
| Total Gross Sales at Off-Price Wholesale List | | | | | | | |
| | | | | | | | |
| Less Approved Deductions Per Contract (Enter amounts as positive numbers): | | | | | | | |
| Returns Taken by Customers and Allowed by Licensee | | | | | | | |
| Initial Mark-Up Discount | | | | | | | |
| Damage Allowances | | | | | | | |
| Volume Rebates | | | | | | | |
| Other Deductions (must explain below) | | | | | | | |
| Total Deductions | | | | | | | |
| *Total Deductions as a % of Gross Sales at Wholesale List* | | | | | | | |
| | | | | | | | |
| Net Sales Subject to Royalty | | | | | | | |
| | | | | | | | |
| Royalty Percentage | | | | | | | |
| Sales Royalty Earned | | | | | | | |
| **OFF PRICE - US & Canada (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft)** | | | | | | | |
| US Gross Sales at Off-Price Wholesale List | | | | | | | |
| Canada Gross Sales at Off-Price Wholesale List | | | | | | | |
| Other Gross Sales at Off-Price Wholesale List | | | | | | | |
| Total Gross Sales at Off-Price Wholesale List | | | | | | | |
| | | | | | | | |
| Less Approved Deductions Per Contract (Enter amounts as positive numbers): | | | | | | | |
| Returns Taken by Customers and Allowed by Licensee | | | | | | | |
| Initial Mark-Up Discount | | | | | | | |
| Damage Allowances | | | | | | | |
| Volume Rebates | | | | | | | |
| Other Deductions (must explain below) | | | | | | | |
| Total Deductions | | | | | | | |
| *Total Deductions as a % of Gross Sales at Wholesale List* | | | | | | | |
| | | | | | | | |
| Net Sales Subject to Royalty | | | | | | | |
| | | | | | | | |
| Royalty Percentage | | | | | | | |
| Sales Royalty Earned | | | | | | | |
| **FULL PRICE - Japan** | | | | | | | |
| Japan Gross Sales at Wholesale List | | | | | | | |
| Other Gross Sales at Wholesale List | | | | | | | |
| Total Gross Sales at Wholesale List | | | | | | | |
| | | | | | | | |
| Less Approved Deductions Per Contract (Enter amounts as positive numbers): | | | | | | | |
| Returns Taken by Customers and Allowed by Licensee | | | | | | | |
| Damage Allowances | | | | | | | |
| Volume Rebates | | | | | | | |
| Other Deductions (must explain below) | | | | | | | |
| Total Deductions | | | | | | | |
| *Total Deductions as a % of Gross Sales at Wholesale List* | | | | | | | |
| | | | | | | | |
| Net Sales Subject to Royalty | | | | | | | |
| | | | | | | | |
| Royalty Percentage | | | | | | | |
| Sales Royalty Earned | | | | | | | |
| **FULL PRICE - Japan - (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft)** | | | | | | | |
| Japan Gross Sales at Wholesale List | | | | | | | |
| Other Gross Sales at Wholesale List | | | | | | | |
| Total Gross Sales at Wholesale List | | | | | | | |
| | | | | | | | |
| Less Approved Deductions Per Contract (Enter amounts as positive numbers): | | | | | | | |
| Returns Taken by Customers and Allowed by Licensee | | | | | | | |
| Damage Allowances | | | | | | | |
| Volume Rebates | | | | | | | |
| Other Deductions (must explain below) | | | | | | | |
| Total Deductions | | | | | | | |
| *Total Deductions as a % of Gross Sales at Wholesale List* | | | | | | | |
| | | | | | | | |
| Net Sales Subject to Royalty | | | | | | | |
| | | | | | | | |
| Royalty Percentage | | | | | | | |
| Sales Royalty Earned | | | | | | | |
| **OFF PRICE - Japan** | | | | | | | |
| Japan Gross Sales at Off-Price Wholesale List | | | | | | | |
| Other Gross Sales at Off-Price Wholesale List | | | | | | | |
| Total Gross Sales at Off-Price Wholesale List | | | | | | | |
| | | | | | | | |
| Less Approved Deductions Per Contract (Enter amounts as positive numbers): | | | | | | | |
| Returns Taken by Customers and Allowed by Licensee | | | | | | | |
| Damage Allowances | | | | | | | |
| Volume Rebates | | | | | | | |
| Other Deductions (must explain below) | | | | | | | |
| Total Deductions | | | | | | | |
| *Total Deductions as a % of Gross Sales at Wholesale List* | | | | | | | |
| | | | | | | | |
| Net Sales Subject to Royalty | | | | | | | |
| | | | | | | | |
| Royalty Percentage | | | | | | | |
| Sales Royalty Earned | | | | | | | |
| **OFF PRICE - Japan (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft)** | | | | | | | |
| Japan Gross Sales at Off-Price Wholesale List | | | | | | | |
| Other Gross Sales at Off-Price Wholesale List | | | | | | | |
| Total Gross Sales at Off-Price Wholesale List | | | | | | | |
| | | | | | | | |
| Less Approved Deductions Per Contract (Enter amounts as positive numbers): | | | | | | | |
| Returns Taken by Customers and Allowed by Licensee | | | | | | | |
| Damage Allowances | | | | | | | |
| Volume Rebates | | | | | | | |
| Other Deductions (must explain below) | | | | | | | |
| Total Deductions | | | | | | | |
| *Total Deductions as a % of Gross Sales at Wholesale List* | | | | | | | |
| | | | | | | | |
| Net Sales Subject to Royalty | | | | | | | |
| | | | | | | | |
| Royalty Percentage | | | | | | | |
| Sales Royalty Earned | | | | | | | |
| **NON-US/CANADA/JAPAN TERRITORY (NON-EXCLUSIVE)** | | | | | | | |
| Bahamas Sales at Wholesale List | | | | | | | |
| Dominican Republic Sales at Wholesale List | | | | | | | |
| Mexico Sales at Wholesale List | | | | | | | |
| Panama Sales at Wholesale List | | | | | | | |
| Austria Sales at Wholesale List | | | | | | | |
| Belgium Sales at Wholesale List | | | | | | | |
| Czech Republic Sales at Wholesale List | | | | | | | |
| Denmark Sales at Wholesale List | | | | | | | |
| Finland Sales at Wholesale List | | | | | | | |
| France Sales at Wholesale List | | | | | | | |
| Germany Sales at Wholesale List | | | | | | | |
| Greece Sales at Wholesale List | | | | | | | |
| Hungary Sales at Wholesale List | | | | | | | |
| Ireland Sales at Wholesale List | | | | | | | |
| Italy Sales at Wholesale List | | | | | | | |
| Luxembourg Sales at Wholesale List | | | | | | | |
| Netherlands Sales at Wholesale List | | | | | | | |
| Norway Sales at Wholesale List | | | | | | | |
| Poland Sales at Wholesale List | | | | | | | |
| Russia Sales at Wholesale List | | | | | | | |
| Spain Sales at Wholesale List | | | | | | | |
| Sweden Sales at Wholesale List | | | | | | | |
| United Kingdom Sales at Wholesale List | | | | | | | |
| Australia/New Zealand Sales at Wholesale List | | | | | | | |
| China Sales at Wholesale List | | | | | | | |
| Guam Sales at Wholesale List | | | | | | | |
| Hong Kong Sales at Wholesale List | | | | | | | |
| Indonesia Sales at Wholesale List | | | | | | | |
| Malaysia Sales at Wholesale List | | | | | | | |
| Philippines Sales at Wholesale List | | | | | | | |
| Saipan Sales at Wholesale List | | | | | | | |
| Singapore Sales at Wholesale List | | | | | | | |
| Taiwan Sales at Wholesale List | | | | | | | |
| Thailand Sales at Wholesale List | | | | | | | |
| Bahrain Sales at Wholesale List | | | | | | | |
| Dubai Sales at Wholesale List | | | | | | | |
| Kuwait Sales at Wholesale List | | | | | | | |
| South Africa Sales at Wholesale List | | | | | | | |
| Turkey Sales at Wholesale List | | | | | | | |
| Other Sales at Wholesale List | | | | | | | |

Total Gross Sales at Wholesale List

Less Approved Deductions Per Contract (Enter amounts as positive numbers):
  Returns Taken by Customers and Allowed by Licensee
  Damage Allowances
  Volume Rebates
  Other Deductions (must explain below)
    Total Deductions
      *Total Deductions as a % of Gross Sales at Wholesale List*

Net Sales Subject to Royalty

Royalty Percentage
Sales Royalty Earned

**NON-US/CANADA/JAPAN TERRITORY (NON-EXCLUSIVE)** - (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft)
  Bahamas Sales at Wholesale List
  Dominican Republic Sales at Wholesale List
  Mexico Sales at Wholesale List
  Panama Sales at Wholesale List
  Austria Sales at Wholesale List
  Belgium Sales at Wholesale List
  Czech Republic Sales at Wholesale List
  Denmark Sales at Wholesale List
  Finland Sales at Wholesale List
  France Sales at Wholesale List
  Germany Sales at Wholesale List
  Greece Sales at Wholesale List
  Hungary Sales at Wholesale List
  Ireland Sales at Wholesale List
  Italy Sales at Wholesale List
  Luxembourg Sales at Wholesale List
  Netherlands Sales at Wholesale List
  Norway Sales at Wholesale List
  Poland Sales at Wholesale List
  Russia Sales at Wholesale List
  Spain Sales at Wholesale List
  Sweden Sales at Wholesale List
  United Kingdom Sales at Wholesale List
  Australia/New Zealand Sales at Wholesale List
  China Sales at Wholesale List
  Guam Sales at Wholesale List
  Hong Kong Sales at Wholesale List
  Indonesia Sales at Wholesale List
  Malaysia Sales at Wholesale List
  Philippines Sales at Wholesale List
  Saipan Sales at Wholesale List
  Singapore Sales at Wholesale List
  Taiwan Sales at Wholesale List
  Thailand Sales at Wholesale List
  Bahrain Sales at Wholesale List
  Dubai Sales at Wholesale List
  Kuwait Sales at Wholesale List
  South Africa Sales at Wholesale List
  Turkey Sales at Wholesale List
  Other Sales at Wholesale List
  Total Gross Sales at Wholesale List

Less Approved Deductions Per Contract (Enter amounts as positive numbers):
  Returns Taken by Customers and Allowed by Licensee
  Damage Allowances
  Volume Rebates
  Other Deductions (must explain below)
    Total Deductions
      *Total Deductions as a % of Gross Sales at Wholesale List*

Net Sales Subject to Royalty

Royalty Percentage
Sales Royalty Earned

**LICENSOR (ITS AFFILIATES & THIRD PARTY DISTRIBUTION PARTNERS)**

**US & CANADA**
  US and Canada Retail Gross Sales at Wholesale List
  eCommerce US Gross Sales at Wholesale List
  **Total US & Canada Gross Sales at Wholesale List** [1]

Less Approved Deductions Per Contract (Enter amounts as positive numbers):
  Returns Taken by Customers and Allowed by Licensee
  Damage Allowances
  Volume Discount
  Other Allowances - Approved by Licensor
  Other Deductions (must explain below)
    **Total US & Canada Deductions**
      *Total Deductions as a % of Gross Sales at Wholesale List*

**Net Sales to Licensor - US & Canada**

**REST OF WORLD**
  Europe Retail & Ecommerce Gross Sales at Wholesale List
  Japan Retail & Ecommerce Gross Sales at Wholesale List
  Malaysia/Singapore/Australia/GC-HK-MA-TW Retail & Ecommerce Gross Sales at Wholesale List
  Rest of Asia (3rd Party Distributors) Retail Gross Sales at Wholesale List
  Latin America (3rd Party Distributors) Gross Sales at Wholesale List
  Middle East/India (3rd Party Distributors) Gross Sales at Wholesale List
  Other (3rd Party Distributors) Gross Sales at Wholesale List
  **Total Rest of World Gross Sales at Wholesale List** [1]

Less Approved Deductions Per Contract (Enter amounts as positive numbers):
  Returns Taken by Customers and Allowed by Licensee
  Damage Allowances
  Volume Discount
  Other Allowances - Approved by Licensor
  Other Deductions (must explain below)
    **Total Rest of World Deductions**
      *Total Deductions as a % of Gross Sales at Wholesale List*

**Net Sales to Licensor - Rest of World**

**OUTLET**
  US and Canada Outlet Gross Sales at Wholesale List
  Europe Outlet Gross Sales at Wholesale List
  Japan Outlet Gross Sales at Wholesale List
  Malaysia/Singapore/Australia/GC-HK-MA-TW Outlet Gross Sales at Wholesale List
  **Total Outlet Gross Sales at Wholesale List**

Less Approved Deductions Per Contract (Enter amounts as positive numbers):
  Returns Taken by Customers and Allowed by Licensee
  Damage Allowances
  Volume Discount
  Other Allowances - Approved by Licensor
  Other Deductions (must explain below)
    **Total Outlet Deductions**
      *Total Deductions as a % of Gross Sales at Wholesale List*

**Net Sales to Licensor - Outlet**

Total Licensor Sale Deductions

**Total Net Sales to Licensor**

Royalty Percentage
Sales Royalty Earned

**Total Gross Full Price Sales at Wholesale List**
  Less: Full Price Deductions Taken
*Total Net Full Price Sales at Wholesale List*
**Total Gross Full Price Sales at Wholesale List (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft)**
  Less: Full Price Deductions Taken
*Total Net Full Price Sales at Wholesale List*
**Total Gross Off-Price Sales at Wholesale List**
  Less: Off Price Deductions Taken
  Plus: Adjustment for Off-Price Cap being exceeded
*Total Net Off-Price Sales at Wholesale List*
**Total Gross Off-Price Sales at Wholesale List - (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft)**
  Less: Off Price Deductions Taken
  Plus: Adjustment for Off-Price Cap being exceeded
*Total Net Off-Price Sales at Wholesale List*
**Net Sales Subject to Royalty**
  **Plus: Net Sales to Licensor (when allowed)**
  Net Sales to Licensor - US & Canada
  Net Sales to Licensor - Rest of World
  Net Sales to Licensor - Outlet
  **Plus: Adjustment for Deduction Cap being exceeded**
**Total Net Sales (inclusive of Licensor)**

**Calculation of Minimum Sales, Royalties, Image Fund and Creative/Design Fee**

| | Greater of: | % of PY | | Contract | Guaranteed Minimum |
|---|---|---|---|---|---|
| Minimum Sales | | $ - | -- or -- | $ | |
| Guaranteed Minimum Royalties Earned | | $ - | -- or -- | $ | |
| Guaranteed Minimum Image Fund | | $ - | -- or -- | | |
| Creative/Design Fee Earned | | $ - | -- or -- | | $ - |

| | |
|---|---|
| NET SALES (US/CANADA/JAPAN TERRITORY & NON-US/CANADA JAPAN TERRITORY) | $ |
| Has Minimum Net Sales been achieved? | No |

| | |
|---|---|
| Deduction Cap as % of Gross Sales (excl. Sales to Licensor) | |
| Total Deductions Allowed | $ |
| Amount by which Deduction Cap has been exceeded | $ |

| | |
|---|---|
| Off-Price Sales Cap as % of Gross Wholesale List Price | |
| Total Off-Price Sales Allowed | $ |
| Total Off-Price Sales Reported @ Gross Wholesale List Price | $ |
| Amount by which Off-Price Sales Cap has been exceeded | $ |

| | |
|---|---|
| Full-Price Sales Threshold as % of Gross Sales, excl sales to licensor | |
| Total Full-Price Sales Required | $ |
| Total Full Price Gross Sales Reported | $ |
| Amount by which Full Price Sales Cap was not achieved | $ |

| | |
|---|---|
| Licensee Spend Requirement on Co-Op, Other Marketing & Collateral as a % of Net Sales (excl. sales to licensor & off-price sales) | |
| Licensee Spend Required | $ |
| Licensee Spend Made | |
| Was Minimum Spend Requirement Met? | No |
| Are sales to Licensor included in royalty payment calculation? | Yes |

**Royalties (Exclusive Territory)**

| | |
|---|---|
| Royalty Rate - Full Price | |
| Royalty Rate - Full Price (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft) | |
| Royalty Rate - Off Price | |
| Royalty Rate - Off Price (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft) | |
| Royalties Earned - Full Price | $ |
| Royalties Earned - Full Price (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft) | $ |
| Royalties Earned - Off Price | $ |
| Royalties Earned - Off Price - (All power-based, All hard-shell, all tablet cases & All products produced by Motorolla, Google, and Microsoft) | $ |
| Royalties Earned - Adjustments | $ |
| **Total Royalties Earned** | |
| Guaranteed Minimum Royalties | $ |
| Excess Royalties Earned, If Any | $ |
| (To be paid within 20 days of the end of each of the Licensor's fiscal quarters) | |
| Royalty Payments Made (Minimum & Excess) (Provide detail below) | |
| Total Royalties Owed | $ |

**Royalties (Sales to Licensor) *Do not count towards GMR**

| | |
|---|---|
| Royalty Rate - Full Price | |
| **Total Royalties Earned Sales to Licensor** | $ |
| Royalty Payments Made (Provide detail below) | |
| Total Royalties Owed | $ |

**Image Fund (excludes Net Sales to Licensor)**

| | |
|---|---|
| Image Fund Contribution Rate | |
| Total Image Fund Earned | |
| (To be paid within 20 days of the end of each of the Licensor's fiscal quarters) | |
| Guaranteed Minimum Image Fund ("GMIF") | |
| Image Fund Payments Made (Minimum & Excess) (Provide detail below) | |
| Total Image Fund Owed | |

**Creative/Design Fee (excludes Net Sales to Licensor)**

| | |
|---|---|
| Creative/Design Fee Contribution Rate | |
| Total Creative/Design Fee Earned | |
| (To be paid within 20 days of the end of each of the Licensor's fiscal quarters) | |
| Guaranteed Minimum Creative ("GMC") | |
| Creative/Design Fee Payments Made (Minimum & Excess) (Provide detail below) | |
| Total Creative/Design Fee Owed | |

The Representative below certifies the completeness and accuracy of the above Quarterly Royalty Statement and confirms that the Quarterly Royalty Statement and supporting Quarterly Sales Report (defined in section 11.1.(b) of the contract) have been submitted to appropriate representative(s) of Coach Services, Inc. within 20 days of the end of the Coach Services, Inc.'s fiscal quarter.

| | |
|---|---|
| Submitted By: | Chris Thurman |
| Title: | Manager, Accounting |
| Date: | 4/13/2023 |

**Reminders**
Please make sure to include all required supporting documentation on a timely basis.
Please explain all types of "other" deductions

**Schedule of Payments Made**

| Payment Description | Payment Date | Invoice Number | Form of Payment | Payment Amount |
|---|---|---|---|---|
| Excess Payment from July payments (discussed with Coach team, agreed to apply to FY23 | | | | $ 179,767.31 |
| As we haven't been receiving bills, I do not think it makes sense to apply the payments to anything specific. The total ties out to what we have paid so far | 7/27/2022 | | | $ 54,737.81 |
| They can get applied to the total due to Kate Spade for the current contract year | 8/3/2022 | | | $ 14,495.68 |
| | 8/3/2022 | | | $ 235,176.33 |
| | 8/31/2022 | | | $ 218,951.23 |
| | 8/10/2022 | | | $ 225,530.30 |
| | 8/24/2022 | | | $ 218,951.23 |
| | 8/17/2022 | | | $ 218,951.23 |
| | 9/21/2022 | | | $ 300,000.00 |
| | 9/21/2022 | | | $ 81,060.00 |
| | 9/28/2022 | | | $ 181,060.00 |
| | 9/7/2022 | | | $ 242,224.64 |
| | 9/7/2022 | | | $ 3,042.94 |
| | 9/14/2022 | | | $ 381,060.00 |
| | 10/26/2022 | | | $ 1,143,178.66 |
| | 1/31/2023 | | | 50,000 |
| | 2/28/2023 | | | $ 50,000.00 |
| | 3/29/2023 | | | $ 100,000.00 |

**Schedule of Other Deductions Taken, If Any**

| Reason for Other Deduction | Amount | Approved By |
|---|---|---|