**From:** Saumil Mody
**Date:** 2023-06-15 16:36
**To:** ▓▓▓▓▓▓▓▓▓▓
**CC:** Clark Bradley; Claire Wang; wilson gao
**Subject:** URGENT! Kate Spade / Coach - ▓▓▓▓

Hi ▓▓▓▓ Team - Effective immediately, Case-Mate has signed an exclusive multi-year licensing partnership agreement with KATE SPADE NEW YORK and COACH to design, manufacture and sell phone cases and other mobile accessories globally.

Note: Case-Mate has no affiliation with the prior licensee. We cannot answer or speak to ANYTHING about them.

We want to work with everyone to have a smooth start to the business. For this, please assist for the following:

1.a. Please see attached a Kate Spade existing product SKU list (Kate Spade SKUs.xlsx). Please inform if your factory is the existing vendor for any of these SKUs. If yes, please put your name in the Vendor column and provide the quotation for the same for reorders. Please also inform who is the packaging vendor for each SKU.
1.b. Please also assist to review the attached Kate Spade Catalog (2023-KSNY-Master-Catalog.pdf). If you see an item in the Catalog that is produced by your factory, but it is missing from the SKU list, please assist to add it to the bottom of the list together with the same details.

2. Please inform if your factory has the approved artwork and tooling to produce the designs shown in attached (KS TJX.png) file for the following devices:
iPhone 14 Pro Max
iPhone 14/13
iPhone 13 Pro Max

3. We want to work with your factory to make 2023 iPhone launch for any Kate Spade / Coach item that you have developed for them. For this:
a. Please review attached (KSNY FA23 - New Prints 01.12.23.pdf), (KSNY FW23 - ALL IN ONE TRACKER_3.9.pdf) & (KSNY FW23 - ALL IN ONE TRACKER_4.19.pdf) files and confirm whether your factory has the approved or latest artworks to produce the designs. Please provide a detailed status list for this. Please also provide the mass production quotation for these designs.
b. Please inform what are the tools your factory has already fabricated for these devices that are available to Case-Mate for running mass production? Please provide a list. If you developed a design using an existing iPhone 14 tool but haven't fabricated the same tools for the 2023 iPhones yet, please provide a quotation for the cost and lead-time for fabricating these.

Please let us know if you have any questions about above.

Thanks,
Saumil Mody.
V.P. - Engineering & Sourcing
+1.765.409.3883

