UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
VINCI BRANDS LLC,
                         Plaintiff,

              -against-                      23 Civ. 5138 (LGS)

COACH SERVICES, INC., et al.,
                         Defendants.

------------------------------------------------------------:        **ORDER**

KATE SPADE LLC, et al.,
                        Plaintiffs,

              -against-                      23 Civ. 5409 (LGS)

VINCI BRANDS LLC, et al.,
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference was held on October 18, 2023. For the reasons discussed at the conference, it is hereby

       **ORDERED** that Vinci Brands LLC shall file its Second Amended Complaint in Case No. 23 Civ. 5138 by **November 3, 2023**. It is further

       **ORDERED** that Kate Spade LLC and Coach Services, Inc. (together, "KSNY") shall file any motion for leave to file a Second Amended Complaint in Case No. 23 Civ. 5409 by **November 3, 2023**. It is further

       **ORDERED** that ACS Group Acquisitions LLC ("ACS") shall file any motion to dismiss in Case No. 23 Civ. 5409, with a memorandum of law, by **November 22, 2023**. KSNY shall file any opposition by **December 12, 2023**. ACS shall file any reply by **December 20, 2023**. The

parties shall comply with the Court's Individual Rules in filing their motion and supporting papers.  It is further

**ORDERED** that by **November 28, 2023**, the parties shall file a joint letter with an update on the status of settlement negotiations before Judge Figueredo and, if necessary, proposing a briefing schedule for any motions to dismiss to be filed by the remaining parties.

Dated: October 20, 2023
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**