

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

April 1, 2024

**VIA ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***Vinci Brands LLC v. Coach Services, Inc. et al.* (1:23-cv-05138-LGS)**
             Supplement to Vinci's Motion to Revise Process and Reschedule Case-Mate Depositions

Dear Judge Schofield:

    Counsel for Vinci Brands LLC ("Vinci") requests that the Court hold off on ruling on Vinci's pending Motion to revise the process for objecting to, and challenging, the designation of documents as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" and to reschedule the April 8-10 depositions of Case-Mate witnesses (ECF-303) until the parties have the opportunity to submit a joint supplemental letter regarding that motion on the evening of April 1, 2024 or morning of April 2, 2024.

    Vinci is prepared to submit its portion of the supplemental letter and provided notice of its intended submission on the morning of March 31, 2024, but in light of the Easter holiday, asked counsel for Kate Spade LLC, Coach Services, Inc. and Tapestry, Inc. ("KSNY") and Case-Mate to agree to jointly submit the supplemental letter on the evening of April 1, 2024 so that KSNY and Case-Mate would have sufficient time to address the issues raised in the letter. KSNY agreed to do so and thus does not oppose Vinci's request made in this letter. As of the time of this filing, Case-Mate had yet to respond.

                                                                            Respectfully Submitted,

                                                                            /s/ *Michael A. Vatis*

                                                                            Counsel for Vinci Brands LLC

                                                                            /s/ *Adam Stern*

                                                                            Counsel for Kate Spade LLC and Coach Services, Inc., and Tapestry, Inc.