UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   VINCI BRANDS LLC,
                         Plaintiff,

                         23 Civ. 5138 (LGS)
         -against-

                         ORDER
   COACH SERVICES, INC., et al.,
                       Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 19, 2024, Plaintiff Vinci Brands LLC ("Vinci") and Defendant Case-Mate, Inc. ("Case-Mate") filed a letter in which each party sought an order compelling the other party to produce unredacted text messages;

      WHEREAS, on April 23, 2024, pursuant to this Court's order at Dkt. 330, Vinci and Case-Mate each selected fourteen redacted text messages -- seven Vinci-redacted text messages and seven Case-Mate-redacted text messages -- for the Court's *in camera* review. Based on the Court's review of those text messages, it is hereby

      **ORDERED** that by **May 3, 2024**, Vinci shall produce an unredacted version of a single email, consisting of two lines of text, from Bianca Smith at Benesch Friedlander Coplan & Aronoff LLP to Kristen Trappett at Onward Brands dated March 20, 2024, at 11:14 P.M., which is at Dkt. 339-1 at the top of page 5 of 6 of the PDF. This email is not protected by the attorney-client privilege because it is not a communication for the purpose of giving or receiving legal advice. It is further

      **ORDERED** that by **May 8, 2024**, Case-Mate shall review its entire document production thus far and remove all redactions except for those protected by the attorney-client privilege or

work-product doctrine.  *See Al Thani v. Hanke*, No. 20 Civ. 4765, 2022 WL 1684271, at *1 (S.D.N.Y. May 26, 2022) ("The weight of authority in this Circuit goes against allowing a party to redact information from admittedly responsive and relevant documents based on that party's unilateral determinations of relevancy." (citing *Christine Asia Co., Ltd. v. Alibaba Grp. Holding Ltd.*, 327 F.R.D. 52, 54 (S.D.N.Y. 2018) (collecting cases)).  Any such redactions shall be reflected on a privilege log to the extent they are not already logged.

Dated: May 1, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2