May 3, 2024



Honorable Magistrate Judge Valerie Figueredo
U.S. District Court for S.D.N.Y.
40 Foley Square, New York, NY 10007

BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street Suite 4100
Denver CO 80203 4541
T: +1 303 861 7000
F: +1 303 866 0200
bclplaw.com

**Re:** *Vinci Brands LLC v Coach Services Inc., et. al.*, 23-cv-5138-LGS
*Kate Spade LLC et al. v. Vinci Brands LLC et al.*, 1:23-cv-05409-LGS
**Joint Letter regarding Deposition of Superior Communications Inc.**

Dear Magistrate Judge Figueredo:

Counsel for Kate Spade LLC, Coach Services, Inc., and Tapestry, Inc. ("KSNY"), Case-Mate, Inc. ("Case-Mate"), Vinci Brands LLC ("Vinci"), and ACS Group Acquisitions LLC ("ACS"), file this joint letter requesting an extension to the May 24, 2024 fact discovery cutoff for the limited purpose of conducting the deposition of Superior Communications Inc. ("Superior") on May 30, 2024.[1] Superior's deposition was previously set to occur on May 17. *See* Dkt. No. 329 in 23-cv-5138, Dkt. No. 235 in 23-cv-5409. Counsel for Superior, however, recently informed counsel for KSNY that its witness was now traveling to Taiwan from May 16 to May 27 and was no longer available for a deposition on May 17. Superior's counsel has offered to reschedule its deposition to May 30, which is after the current fact discovery cutoff of May 24. Accordingly, the parties request that the court extend the fact discovery cutoff for the limited purpose of allowing the deposition of Superior to occur on May 30.

/s/ *Adam B. Stern*
Counsel for Kate Spade LLC, Coach Services, Inc., and Tapestry, Inc.

/s/ *Lyndsey Stults*
Counsel for Case-Mate, Inc.

/s/ *Michael Vatis*
Counsel for Vinci Brands LLC

/s/ *Christina Dellaporte*
Counsel for ACS Group Acquisitions

Application Granted

_____
Valerie Figueredo, U.S.M.J.
DATED: 5-6-2024

The extension requested herein is granted. The deadline for fact discovery is no June 6, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 254 in Case No. 23-cv-5409 and the motion at ECF No. 349 in Case No. 23-cv-5138.

---

[1] On May 6, 2024, the parties will meet and confer regarding the scheduling of certain depositions and potentially conducting additional discovery in Case 5409. Following that meet and confer, some parties may request an extension of the fact discovery deadline to accommodate additional depositions and discovery.