UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VINCI BRANDS LLC,

       Plaintiff,     **23-cv-5138 (LGS) (VF)**
                **23-cv-5409 (LGS) (VF)**
   -against-

COACH SERVICES, INC. et al,        **ORDER**

       Defendants.
-----------------------------------------------------------------X
KATE SPADE LLC et al,

       Plaintiffs,

   -against-

VINCI BRANDS LLC,

       Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  Pursuant to the discussion at the conference held today, June 6, 2024, in the matter of Kate Spade LLC et al v. Vinci Brands LLC (23-cv-5409), the following case management deadlines are ordered for both 23-cv-5409 and 23-cv-5138:

- The deadline for ACS Group Acquisitions LLC to amend their Third-Party Complaint is **June 21, 2024.**

- The deadline for new parties to be added is **June 25, 2024.**

- The fact discovery deadline is **September 30, 2024.**

- The deadline for expert discovery is **January 31, 2025.**

  The parties in 23-cv-5409 need not submit a joint status letter on June 7. 2024. The parties are no longer obligated to submit status letters every three weeks per Judge

Schofield's Orders at ECF No. 185 in 23-cv-5409 and ECF No. 219 in 23-cv-5138. In lieu of these letters, the Court will hold monthly conferences to address any discovery disputes. The monthly conferences are scheduled for the following dates:

- **Tuesday, July 16, 2024, at 10:00 a.m.**
- **Tuesday, August 20, 2024, at 10:00 a.m.**
- **Tuesday, September 17, 2024, at 10:00 a.m.**
- **Tuesday, October 15, 2024, at 10:00 a.m.**
- **Tuesday, November 19, 2024, at 10:00 a.m.**
- **Tuesday, December 17, 2024, at 10:00 a.m.**
- **Tuesday, January 14, 2025, at 10:00 a.m.**

The parties are directed to file a joint status letter, discussing any discovery disputes to be addressed at the conference no later than **3 days** before the scheduled conference. There is no page limit for these letter submissions. If there are no disputes to address at an upcoming conference, the parties should send a letter requesting an adjournment of the upcoming conference. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time for each conference. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:   New York, New York
         June 6, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge