UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VINCI BRANDS LLC,

                        Plaintiff,                        **23-cv-5138 (LGS) (VF)**

                 -against-

                                                               **ORDER**

COACH SERVICES, INC. et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons discussed at the conference held on June 18, 2024, the Motion at ECF No. 378 is terminated. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 378.

      **SO ORDERED.**

DATED:      New York, New York
                  June 18, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge