UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VINCI BRANDS LLC,

                        Plaintiff,                    23-cv-5138 (LGS) (VF)

                -against-

                                                       **ORDER**

COACH SERVICES, INC. et al,

                       Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      If Vinci Brands LLC intends to amend its complaint, it is directed to file a motion seeking leave to file a third amended complaint by **Wednesday, July 3, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
                  June 28, 2024

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge