UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
: 
VINCI BRANDS LLC, : Civil Action No. 1:23-CV-05138
:
                        Plaintiff, :
:
                        vs. :
:
COACH SERVICES, INC., KATE SPADE, :
LLC, TAPESTRY, INC., and CASE-MATE, :
INC., :
:
                        Defendants. :
:
------------------------------------------------------- :
                                              X

## PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

      PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Declaration of Charles H. Low and Exhibits A and B annexed thereto, Plaintiff Vinci Brands LLC ("Vinci"), by and through its undersigned counsel, will move this Court before the Honorable Valerie Figueredo at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order granting Vinci's motion to amend its complaint pursuant to Federal Rule of Civil Procedure 15(a)(2)

Dated: New York, New York
       July 3, 2024

Respectfully submitted,

**COOLEY LLP**

By:   */s/ Russell Capone*
       Russell Capone
Charles Low
55 Hudson Yards
New York, New York 10001
Phone: (212) 429-6800
Email: rcapone@cooley.com
       chlow@cooley.com
and

Michael Vatis
**BENESCH, FRIEDLANDER, COPLAN**

**& ARONOFF**
1155 Avenue of the Americas, 26th Floor
New York, New York 10036
Phone: (646) 593-7050
Email: mvatis@beneschlaw.com

*Attorneys for Plaintiff Vinci Brands LLC*