UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
VINCI BRANDS LLC,

               Plaintiff,

     v.

COACH SERVICES, INC., KATE SPADE, LLC,
TAPESTRY, INC., AND CASE-MATE, INC.,

               Defendants.
------------------------------------------------------------ X

Civil Action No.: 23-cv-05138

Hon. Lorna G. Schofield, U.S.D.J.
Hon. Valerie Figueredo, U.S.M.J

## ORDER TO FILE UNDER SEAL

Upon Vinci Brands LLC's Motion to File Under Seal Certain Exhibits to Its Proposes Third Amended Complaint, filed the 3rd day of July, 2024 (the "Motion to Seal") it is hereby

**ORDERED** that Exhibits S, V, and Y are provisionally filed under seal, pending a motion to seal by KSNY which should be filed within 30 day, and Exhibits M and J are filed under seal, with viewing rights limited to the persons identified in the Appendix to the Motion to Seal

Dated: July _8_, 2024

_____
United States Magistrate Judge