

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Erika C. Birg
T: 404.322.6110
Erika.birg@nelsonmullins.com

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000  F: 404.322.6050
nelsonmullins.com

July 15, 2024

**Via ECF**

*Honorable* Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  RE: *Vinci Brands, LLC v. Coach, Inc., et al.*, Civil Action No. 1:23-cv-05138-LGS
    Joint Consent Motion for a Mutual Extension of Time (1) for Case-Mate to File its Opposition to Vinci's Motion for Leave to File a Third Amended Complaint and (2) for Vinci, Candlewood, CWD Armor, and Onward to Respond to Case-Mate's Counterclaims and Third-Party Claims to and through July 26, 2024

Dear Judge Schofield:

Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Case-Mate, Inc. ("Case-Mate"), Plaintiff and Counterclaim Defendant Vinci Brand LLC ("Vinci"), and Third-Party Defendants Candlewood Partners, LLC ("Candlewood"), CWD Armor Management, LLC ("CWD Armor"), and Onward Brands, LLC ("Onward") respectfully move for an extension of time up to and including July 26, 2024 to file their respective responses in the above-captioned matter, as follows:

- Case-Mate respectfully moves for an extension of time to file its response to Vinci's Notice of Motion for Leave to File a Third Amended Complaint, filed July 3, 2024 [ECF 413], to and through July 26, 2024.

- Vinci, Candlewood, CWD Armor, and Onward respectfully move for an extension of time to file responses to Case-Mate's Counterclaims and Third-Party Claims, filed June 27, 2024 [ECF 399], to and through July 26, 2024.

Counsel for Case-Mate and Counsel for Vinci, Candlewood, CWD Armor, and Onward have consented to the above-listed extension requests.

  We thank the Court for its attention to this matter.

          Respectfully submitted,

          */s/ Erika C. Birg*

          Erika C. Birg (Counsel for Case-Mate, Inc.)