**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
VINCI BRANDS LLC,

                     Plaintiff,                           **23-cv-5138 (LGS) (VF)**

           -against-

                                           **ORDER**

COACH SERVICES, INC. et al,

                    Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on July 16, 2024, Vinci Brands LLC will do the following by **July 26, 2024**: (1) supplement its response to Interrogatory No. 21; (2) provide text message communications between S. Latkovic and C. Tebele, S. Haddad, and M. Haddad that are responsive to RPD Nos. 4, 5, and 6, and fall within the agreed-upon date range; (3) produce financial documents, including bank statements as requested at RPD Nos. 12-17 and 19-20; (4) produce contracts and/or operating agreements, if any exist, as identified at ECF Nos. 418 and 424; and (5) produce a Candlewood employee list.

The raw data necessary to support Vinci's lost profits and/or damages calculation for the subcategory of damages specifically discussed at the conference will be produced by Vinci by **August 9, 2024**.

As to the issue concerning metadata and disclosure schedules raised at ECF Nos. 393 and 395, Case-Mate and Vinci will meet and confer. Any supplemental production by Vinci of disclosure schedules will occur by **July 26, 2024**. Vinci will also provide by **July 26, 2024**, the name of any witness who can speak to Case-Mate about the metadata issue raised at ECF Nos. 393 and 395.

Concerning the privilege-log issue raised at ECF No. 425, Case-Mate will produce a supplemental privilege log by **August 2, 2024**. Vinci will produce a supplemental privilege log by **August 16, 2024**.

The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 393 and 418.

**SO ORDERED.**

DATED:       New York, New York
             July 16, 2024

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge