UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Vinci Brands LLC,

            Plaintiff,

     v.

Coach Services, Inc., Kate Spade LLC,
Tapestry, Inc., and Case-Mate, Inc.,

            Defendants.

_____

Civil Action No. 1:23-cv-05138-LGS

## ORDER TO FILE UNDER SEAL

Upon the Declaration of Michael Vatis and upon the Vinci Brands LLC's Motion to File

Exhibit A to the Vatis Declaration in Support of Vinci's Opposition to Case-Mate's Motion to

Dismiss ("Opposition") and Memorandum in support thereof, filed the 2nd day of February,

2024, it is hereby

**ORDERED** that Exhibit A to the Vatis Declaration be filed under seal with viewing rights

given only to those parties listed in the appendix to the Motion.

The Clerk of Court is respectfully directed to close the motion at Dkt. 227 in Case No. 23 Civ. 5138.

Dated: July 17, 2024
     New York, New York

                                  **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**