**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| VINCI BRANDS LLC<br><br>                    Plaintiff,<br>          vs.<br><br>COACH SERVICES, INC., KATE SPADE, LLC, TAPESTRY, INC., and CASE-MATE, INC.<br><br>                    Defendants. | Civil Action No. 1:23-CV-05138-LGS<br><br>**ORDER TO FILE UNDER SEAL** |

Upon the Declaration of Michael Vatis and upon the Plaintiff's Renewed Motion to File Documents Under Seal and Memorandum in support thereof, filed the 11th day of October, 2023, it is hereby

**ORDERED** that Exhibit A to the Declaration of Alex Wang (ECF 19-2); Exhibit A to the Declaration of Marshall Clark (ECF 19-3); Exhibit B to the Declaration of Steve Latkovic (ECF 99-1) ("Latkovic Dec."); Exhibit C to the Latkovic Dec.; Exhibit E to the Latkovic Dec.; Exhibit F to the Latkovic Dec.; Exhibit G to the Latkovic Dec.;  Exhibit K to the Latkovic Dec.; Exhibit L to the Latkovic Dec.; Exhibit M to the Latkovic Dec.; and Exhibit O to the Latkovic Dec. shall be filed with the proposed redactions with viewing rights given only to those parties listed in the appendix to the Motion.

The Clerk of Court is respectfully directed to close the motions at Dkts. 187, 188 and 189 in Case No. 23 Civ. 5138.

Dated: July 17, 2024
          New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

23362703 v1