**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vinci Brands LLC, <br><br> Plaintiff, <br><br> v. <br><br> Coach Services, Inc., Kate Spade LLC, Tapestry, Inc., and Case-Mate, Inc., <br><br> Defendants. | Civil Action No. 1:23-cv-05138-LGS |
| Coach Services, Inc. and Kate Spade LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Vinci Brands LLC and ACS Group Acquisitions LLC, <br><br> Defendants. | Civil Action No. 1:23-cv-05409-LGS[1] |

~~[PROPOSED]~~ **ORDER GRANTING RENEWED MOTION FOR LEAVE TO FILE JUNE 17, 2021 LETTER, MARCH 20, 2023 NOTICE OF NON-PAYMENT, MARCH 22, 2023 LETTER, AND Q3 2023 ROYALTY REPORT UNDER SEAL**

Upon Coach Services, Inc.'s, Kate Spade LLC's, and Tapestry, Inc.'s ("KSNY") Motion ("Motion") for leave to file certain portions of the (i) June 17, 2021 Letter, (ii) March 20, 2023 Notice of Non-Payment, (iii) March 22, 2023 Letter, and (iv) Q3 2023 Royalty Report ("Exhibits") under seal in the above-captioned actions ("Actions"), it is,

**HEREBY ORDERED**, that KSNY shall file the Exhibits set forth in the Motion publicly in redacted form, as requested in the Motion, and in unredacted form under seal.

The Clerk of Court is respectfully directed to close the motions at Dkt. 183 in Case No. 23 Civ. 5138 and Dkt. 130 in Case No. 23 Civ. 5409.

Dated: July 17, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

[1]  The captions of both actions, 23-cv-05138 and 23-cv-05409, are included for convenience only and do not reflect a request or consent to consolidation under Fed. R. Civ. P. 42.