**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vinci Brands LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>Coach Services, Inc., Kate Spade LLC,<br>Tapestry, Inc., and Case-Mate, Inc.,<br><br>                    Defendants. | Civil Action No. 1:23-cv-05138-LGS |
| Coach Services, Inc. and Kate Spade LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Vinci Brands LLC and ACS Group<br>Acquisitions LLC,<br><br>                    Defendants. | Civil Action No. 1:23-cv-05409-LGS[1] |

## [*PROPOSED*] ORDER GRANTING MOTION TO SEAL OPPOSITION TO VINCI BRANDS LLC'S MOTION FOR RECONSIDERATION

Upon Coach Services, Inc.'s, Kate Spade LLC's, and Tapestry, Inc.'s ("KSNY") Motion ("Motion") for leave to seal two financial metrics in KSNY's opposition to Vinci Brands LLC's motion for reconsideration ("Opposition") in the above-captioned actions, it is,

**HEREBY ORDERED**, that KSNY shall file the Opposition set forth in the Motion publicly in redacted form, as requested in the Motion, and in unredacted form under seal.

The Clerk of Court is respectfully directed to close the motions at Dkt. 178 in Case No. 23 Civ. 5138 and Dkt. 125 in Case No. 23 Civ. 5409.

Dated: July 17, 2024
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

[1]     The captions of both actions, 23-cv-05138 and 23-cv-05409, are included for convenience only and do not reflect a request or consent to consolidation under Fed. R. Civ. P. 42.