**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vinci Brands LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Coach Services, Inc., Kate Spade LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>        Defendants. | Civil Action No. 1:23-cv-05138-LGS |
| Coach Services, Inc. and Kate Spade LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>Vinci Brands LLC and ACS Group Acquisitions LLC,<br><br>        Defendants. | Civil Action No. 1:23-cv-05409-LGS[1] |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE TRANSCRIPT OF SEPTEMBER 6, 2023 HEARING UNDER SEAL

Upon Coach Services, Inc., Kate Spade LLC, and Tapestry, Inc.'s Motion ("Motion") for Leave to File Under Seal the Transcript of the September 6, 2023 Hearing ("Transcript") in the above-captioned actions ("Actions"), it is,

**HEREBY ORDERED**, that Coach Services, Inc., Kate Spade LLC, and Tapestry, Inc. shall file the Transcript in both Actions publicly in redacted form, as requested in the Motion, and in unredacted form under seal.

The Clerk of Court is respectfully directed to (1) place the transcript at Dkt. 147 in Case No. 23 Civ. 5138 under seal, viewable only to the parties and the Court, and (2) close the motions at Dkt. 170 in Case No. 23 Civ. 5138 and Dkt. 117 in Case No. 23 Civ. 5409.

Dated: July 17, 2024
    New York, New York

                                  LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE

---

[1] The captions of both actions, 23-cv-05138 and 23-cv-05409, are included for convenience only and do not reflect a request or consent to consolidation under Fed. R. Civ. P. 42.