UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CASE-MATE, INC.

Third-Party Plaintiff(s)

- v -   **RULE 7.1 STATEMENT**

CANDLEWOOD PARTNERS, LLC,
   et al.

1:23-cv-05138-LGS-VF

Third-Party Defendant(s)   Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Candlewood Partners, LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Candlewood Partners, LLC is a wholly owned subsidiary of Candlewood Holdings, LLC, of which 90% is owned by Green Bull Partners, LLC.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Candlewood Partners, LLC is a wholly owned subsidiary of Candlewood Holdings, LLC, of which 90% is owned by Green Bull Partners, LLC and 10% by Steve Latkovic. Greenbull Partners, LLC is wholly owned by Glenn Pollack.

Mr. Latkovic and Mr. Pollack are individuals domiciled in the State of Ohio.

8/2/24

Date

/s/ Jim von der Heydt

Signature of Attorney

Admitted Pro Hac Vice

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022