

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

K. Paige Nettles
T: 404.322.6116
paige.nettles@nelsonmullins.com

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000 F: 404.322.6050
nelsonmullins.com

July 26, 2024

**Via ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse, S.D.N.Y.
500 Pearl Street
New York, NY 10007

      RE:    *Vinci Brands, LLC v. Coach, Inc., et al.*, Civil Action No. 1:23-cv-05138-LGS
            <u>*Case-Mate's Letter Motion to Seal*</u>

Dear Judge Figueredo:

      Pursuant to Rule I.g.2 of Your Honor's Individual Practices in Civil Cases, Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under seal an unredacted copy of Case-Mate's Opposition to Vinci's Motion for Leave to File a Third Amended Complaint ("Opposition") and Exhibits 4, 5, 7, 9, and 10 thereto.

      Case-Mate seeks to seal portions of the Opposition that quote documents produced in discovery that have been marked as Confidential pursuant to the Stipulation and Confidentiality Agreement and Order [ECF 233] (the "Confidentiality Stipulation"), as well as Exhibits attached to the Opposition that have likewise been marked Confidential.

      To ensure its compliance with the Confidentiality Stipulation, Case-Mate is filing a redacted version of the Opposition, redacting reference to the information and documents the parties have previously identified as Confidential. An unredacted version of the Opposition, as well as Confidential Exhibits 4, 5, 7, 9, and 10 are submitted with this Letter Motion to Seal for the Court's consideration.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Paige Nettles*

K. Paige Nettles (Counsel for Case-Mate, Inc.)

**MEMO ENDORSED**

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: August 7, 2024

The Clerk of Court is directed to maintain the seal on ECF No. 447 until August 28, 2024. Case-Mate is directed to make the required showing under <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006) by August 28, 2024 in order to permanently maintain the viewing restrictions. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 446.

GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA