UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
VINCI BRANDS LLC,

                    Plaintiff,

                    Civil Action No.: 23-cv-05138

    v.

COACH SERVICES, INC., KATE SPADE, LLC,    Hon. Lorna G. Schofield, U.S.D.J.
TAPESTRY, INC., AND CASE-MATE, INC.,       Hon. Valerie Figueredo, U.S.M.J

                   Defendants.
--------------------------------------------------------------- X

## VINCI BRANDS LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS LETTER MOTION FOR LEAVE TO SERVE WITNESS KELLY MACLEAN BY ALTERNATIVE MEANS AND <u>EXHIBITS TO DECLARATION OF MICHAEL A. VATIS</u>

Plaintiff Vinci Brands LLC ("Vinci") respectfully requests that portions of its Letter Motion for Leave to Serve Witness Kelly Maclean by Alternative Means (the "Motion"), as well as portions of the Declaration of Michael A. Vatis filed in connection with the Motion (the "Declaration") and certain exhibits thereto be filed initially and/or partially under seal.

Portions of page 2 of the Letter Motion, portions of page 2 of the Declaration, and Exhibits A-D to the Declaration are requested to be sealed provisionally (with redacted versions of the Letter Motion and Declaration maintained on the public docket), solely on the basis that they contain information that Defendant Case-Mate, Inc. has designated Confidential.

Portions of Exhibits E through H to the Declaration are requested to be sealed due to the presence of residential addresses (with redacted versions maintained on the public docket).

Accordingly, Vinci respectfully requests that the Court (i) designate portions of pages 2 of the Letter Motion and page 2 of the Declaration, as well as Exhibits A-D to the Declaration, for provisional sealing for 30 days; and (ii) designate portions of Exhibits E-H to the Declaration for

sealing, all with viewing rights restricted to the persons identified in the attached Appendix.

Dated: August 20, 2024

Respectfully submitted,

By: /s/ *Michael Vatis*
Michael Vatis
James E. von der Heydt (admitted PHV)
Susan M. White (admitted PHV)
Warren T. McClurg (admitted PHV)
Michael Montgomery (admitted PHV)
Caroline R. Hamilton (admitted PHV)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1155 Avenue of the Americas, 26th Floor New York, NY 10036
Tel: 646.593.7050
mvatis@beneschlaw.com
jvonderheydt@beneschlaw.com
swhite@beneschlaw.com
wmcclurg@beneschlaw.com
mmontgomery@beneschlaw.com
chamilton@beneschlaw.com

*Attorneys for Vinci Brands LLC*

---

**MEMO ENDORSED**

*[signature]*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: August 21, 2024

A provisional seal request for page 2 of the Declaration and exhibits A-D is granted. The Clerk of Court is directed to maintain the viewing restrictions on these materials for 30 days. If Case-Mate desires to seal that information permanently, it should submit prior to the end of the 30 days, a letter explaining the grounds that support sealing, consistent with Lugosch v. Pyramid Co. of Onondaga, 435 F. 3d 110 (2d Cir. 2006). A permanent seal for Exhibits E-H is granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 471.