UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASE-MATE, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> CANDLEWOOD PARTNERS, LLC, et al., <br><br> Third-Party Defendants. | Case No. 1:23-cv-05138-LGS-VF <br><br> Hon. LORNA G. SCHOFIELD |

**AMENDMENT TO RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Third-Party Defendant CWD Armor Management, LLC ("CWD Armor"), by and through undersigned counsel, and for its Supplement to its Corporate Disclosure Form states as follows:

1. In accordance with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for the Southern District of New York, and the Orders of this Court, on August 2, 2024, CWD Armor filed its Rule 7.1 Statement.

2. In response to Part III, CWD Armor stated that Mr. Pollack is domiciled in the State of Ohio. However, upon receipt of additional information, it came to the attention of CWD Armor that Mr. Pollack is, in fact, domiciled in Florida.

3. In accordance with the aforementioned correction, Part III should read:

CWD Armor Management, LLC is wholly owned by Candlewood Partners, LLC, which is a wholly owned subsidiary of Candlewood Holdings, LLC, of which 90% is owned by Green Bull Partners, LLC and 10% by Steve Latkovic. Green Bull Partners, LLC is wholly owned by Glenn Pollack. Mr. Latkovic is an individual domiciled in the State of Ohio and Mr. Pollack is an individual domiciled in the State of Florida.

Dated: August 27, 2024                                    Respectfully submitted,


                                                             By: /s/ *James E. von der Heydt*
                                                                 Michael A. Vatis (Reg. No. 2258655)
                                                                 Rena Andoh (Reg. No. 4220638)
                                                                 **BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
                                                                 1155 Avenue of the Americas, Floor 26
                                                                 New York, New York 10036
                                                                 Telephone: 646.593.7050
                                                                 Email: mvatis@beneschlaw.com
                                                                        randoh@beneschlaw.com

-- and –

James E. von der Heydt (*admitted pro hac vice*)
Michael Montgomery (*admitted pro hac vice*)
Warren T. McClurg (*admitted pro hac vice*)
Caroline Hamilton (*admitted pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jvonderheydt@beneschlaw.com
       mmontgomery@beneschlaw.com
       wmcclurg@beneschlaw.com
       chamilton@beneschlaw.com

-- and –

Paul A. Del Aguila (*admitted pro hac vice*)
**DICKINSON WRIGHT LLP**
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone: 312.641.0060
Facsimile: 844.670.6009
Email: pdelaguila@dickinson-wright.com

-- and –

2

> Russell Capone (Reg. No. 4408324)
> Charles Low
> **COOLEY LLP**
> 55 Hudson Yards
> New York, New York 10001
> Telephone: 212.479.6859
> Email: rcapone@cooley.com
>      chlow@cooley.com
>
> *Attorneys for Defendant CWD Armor Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, a true and accurate copy of the foregoing was served to all counsel of record in the above-captioned cause of action by virtue of the Court's CM/ECF filing system.

> */s/ James E. von der Heydt*
>
> *One of the Attorneys for Defendant CWD Armor Management, LLC*

3