**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
VINCI BRANDS LLC,

                              Plaintiff,                         **23-cv-5138 (LGS) (VF)**
                                                                            **23-cv-5409 (LGS) (VF)**

            -against-

COACH SERVICES, INC. et al,                                              **ORDER**

                              Defendants.
------------------------------------------------------------------X
KATE SPADE LLC et al,

                              Plaintiffs,

            -against-

VINCI BRANDS LLC and ACS GROUP
ACQUISITIONS LLC,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on September 17, 2024:

- Each party seeking to reopen or extend a deposition is directed to file a letter that explains the good cause basis for reopening or extending the length of the deposition. Opening letters should be filed on or before **Monday, September 23, 2024**. Any opposition should be filed on or before **Monday, September 30, 2024**.

- Case-Mate, Inc. is directed to provide Vinci Brands LLC with a description of its process for collecting and producing relevant text messages, as requested by Vinci Brands LLC in ECF No. 502 and as provided by Kate Spade at ECF No. 510 at Ex. C, by **Monday, September 30, 2024**.

1

- Case-Mate, Inc.'s opposition to Vinci Brands LLC's motion for sanctions is due by **Tuesday, October 1, 2024**. Vinci Brands LLC's reply brief is due by **Friday, October 11, 2024**.

- The fact discovery deadline in both cases is hereby extended to **Friday, January 31, 2025**. This deadline will not be further extended absent a showing of extraordinary circumstances.

The next conference in this case is scheduled for October 15, 2024. By **Wednesday, October 9, 2024**, the parties should submit a joint letter raising any discovery disputes they wish to address at the October 15th conference.

    **SO ORDERED.**

DATED:   New York, New York
            September 18, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge