UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>Coach Services Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>        Defendants,<br><br>  and<br><br>Case-Mate, Inc.,<br><br>        Counterclaimant,<br><br>  v.<br><br>Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,<br><br>        Counterclaim Defendants. | 23-CV-5138 (LGS) (VF)<br><br>**ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The provisional seal on ECF No. 491 is hereby lifted. Under ECF No. 494, the parties were directed to submit arguments in support of a permanent seal by September 17, 2024. The deadline having now passed without the parties making the requisite showing for a permanent seal, the Clerk of Court is respectfully directed to make public the provisionally sealed document at ECF No. 491.

      **SO ORDERED.**

DATED:    New York, New York
             September 23, 2024

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge