**Benesch**

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

September 30, 2024

**VIA ECF**
The Honorable Magistrate Judge Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660, New York, NY 10007

Re: *Vinci Brands LLC v. Coach Services, Inc., et al.* – 1:23-cv-05138-LGS-VF
**Withdrawal of Motion to Quash**

Dear Judge Figueredo:

A week ago today, the Court set for a hearing a Motion to Quash a subpoena that Case-Mate, Inc. ("Case-Mate") had issued some months ago to Onward Brands, LLC ("Onward"). (ECF 405, granting ECF 394.) At the time the subpoena was served, Onward was not a party to any of the actions before the Court.

Since the Motion was filed, Onward has been made a party, has responded to written discovery issued by Case-Mate and KSNY, and has produced thousands of documents. At midday last Wednesday, September 25, Onward proposed that Case-Mate state an intention not to enforce its subpoena, mooting the Motion to Quash. Onward did so in the interest of preserving Court resources and time on its schedule. There was no response until tonight, September 30, after the close of business, when Case-Mate finally agreed to this proposal.

Accordingly, with this letter Onward withdraws its Motion to Quash (ECF 367), and suggests that the conference be canceled. We apologize for any inconvenience, and thank Your Honor for your attention to these matters.

Sincerely,

BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP

s/ *Michael A. Vatis*

Michael A. Vatis

---

**MEMO ENDORSED**

/s/ Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 10/1/24

The discovery conference scheduled for October 1, 2024 is hereby canceled. The Clerk of Court is directed to terminate the motion at ECF No. 367.