UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
VINCI BRANDS LLC,

                        Plaintiff,                        **23-cv-5138 (LGS) (VF)**
                                                    **23-cv-5409 (LGS) (VF)**

              -against-

COACH SERVICES, INC. et al,                              **ORDER**

                            Defendants.
------------------------------------------------------------------X
KATE SPADE LLC et al,

                        Plaintiffs,

              -against-

VINCI BRANDS LLC and ACS GROUP
ACQUISITIONS LLC,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The motions to seal at ECF No. 562 in 23-cv-5138 and ECF No. 391 in 23-cv-5409 are GRANTED. The clerk of court is directed to permanently seal the documents filed at ECF No. 565 in 23-cv-5138 and ECF No. 394 in 23-cv-5409.

The clerk of court is respectfully directed to terminate the motions at ECF No. 562 in 23-cv-5138 and ECF No. 391 in 23-cv-5409.

**SO ORDERED.**

DATED:    New York, New York
              October 10, 2024

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge