UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC<br><br>        Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Coach Services Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>        Defendants,<br><br>and<br><br>Case-Mate, Inc.,<br><br>        Counterclaimant,<br><br>v.<br><br>Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,<br><br>        Counterclaim Defendants. | 23-CV-5138 (LGS) (VF)<br><br>**ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on October 15, 2024, the Court agreed to review, in camera, certain text message communications from Vinci Brands LLC, Case-Mate, Inc., and Kate Spade LLC. The Court received via e-mail text message communications from Kate Spade and Case-Mate on Friday, October 18, 2024. Portions of the text messages submitted by Kate Spade and Case-Mate were redacted for attorney-client privilege and work-product doctrine.

The Court reviewed the text messages submitted by Case-Mate and Kate Spade. All of the redactions were appropriate except for the redaction applied to KSNY-0045393 and KSNY-0044983. Those documents, which contain the same communication, should be

produced without the redactions that were applied to the communication.

**SO ORDERED.**

DATED:    New York, New York
          October 21, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge