UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VINCI BRANDS LLC

                        Plaintiff,                                     23-CV-05138 (LGS) (VF)

       -against-                                         **ORDER**

COACH SERVICES INC., et al.,

                        Defendants.
-------------------------------------------------------------------X
CASE-MATE, INC.,

                        Counterclaim Plaintiff,

       -against-

VINCI BRANDS LLC, et al.,

                        Counterclaim Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

       The request by ACS Group Acquisitions, LLC ("ACS") to reopen the deposition of Kate Spade's 30(b)(6) witness and the deposition of Kate Spade employee, Charlotte Warshaw, is granted. See ECF No. 532 (ACS's letter motion); ECF No. 553 (Kate Spade's opposition). ACS has shown good cause for reopening both depositions, given the very limited time it previously had with each witness and its assertion of three affirmative claims against Kate Spade after those initial depositions were completed. ACS may depose Warshaw and Kate Spade's 30(b)(6) witness for three (3) hours each.

       SO ORDERED.

DATED:      New York, New York
                October 29, 2024

                                                                     _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge