

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T 404.322.6000  F 404.322.6050
**nelsonmullins.com**

Erika C. Birg
T: 404.322.6110
erika.birg@nelsonmullins.com

November 4, 2024

**VIA ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse, S.D.N.Y.
500 Pearl Street
New York, NY 10007

> RE: *Vinci Brands, LLC v. Coach, Inc., et al.,* Civil Action No. 1:23-cv-05138-LGS
> <u>Case Mate's Re-Filed Letter Motion to Seal</u>

Dear Judge Figueredo:

On October 31, 2024, Case-Mate filed its Answer to Vinci's Third Amended Complaint and Counterclaims ("Answer"), including Exhibits 1–4. [ECF 599.] The next day, Case-Mate received (1) notice of deficiencies regarding the document name in the filing and (2) notice from co-counsel that we accidentally interposed the original Counterclaim for the Amended Counterclaim filed at ECF 466. Case-Mate is now fixing these inadvertent mis-filings. There are no changes to the Answer from that originally filed, and the Counterclaim now reflects ECF 466's Counterclaim verbatim as intended.

Out of an abundance of caution, pursuant to Rule I.g.2 of Your Honor's Individual Practices in Civil Cases, Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under seal Case-Mate's re-filed Answer and Exhibits 1–4. Case-Mate seeks to seal the refiled Answer and Exhibits 1–4 because the Answer quotes from, relies upon, and attaches documents the parties marked in discovery either as "Confidential" or "Highly Confidential—Attorney Eyes Only" under the Stipulation and Confidentiality Agreement and Order [ECF 233].

The Court previously ordered that any party wishing to maintain the seal on Exhibits 1 through 3 provide the required information by November 22, 2024. [ECF 600.] The Order also granted the Motion to Seal Exhibit 4 [*id.*], noting that Case-Mate properly included the information showing that Exhibit 4 contains confidential information of Siena Holding, a non-party to this suit. In particular, Exhibit 4 contains non-public information regarding a confidential business transaction between Case-Mate and Siena.[1] Release of this information could be harmful to Siena, which is in the business of making and selling loans.

---

[1] Case-Mate marked Exhibit 4 as Highly Confidential—Attorneys' Eyes Only at the outset of discovery. Although Case-Mate has reclassified it as "Confidential," it should remain sealed as it was also marked as Confidential by Siena, a non-party to this suit.

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
NEW YORK | NORTH CAROLINA | OHIO | PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA

The Honorable Valerie Figueredo
November 4, 2024
Page 2

      To ensure its compliance with the Confidentiality Stipulation, Exhibits 1–4 are submitted with this Refiled Letter Motion to Seal for the Court's consideration.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

*/s/ Erika C. Birg*
Erika C. Birg (Counsel for Case-Mate, Inc.)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 11/6/24

The motion to seal Exhibit 4 of Case-Mate's refiled answer is GRANTED for the reasons stated at ECF No. 600. Pursuant to ECF No. 600, parties wishing to seal Exhibits 1-3 of Case-Mate's refiled answer are directed to make a showing by **November 22, 2024**.