UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC<br><br>    Plaintiff and Counterclaim Defendant,<br><br> v.<br><br>Coach Services Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>    Defendants,<br><br> and<br><br>Case-Mate, Inc.,<br><br>    Counterclaimant,<br><br> v.<br><br><br>Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,<br><br>    Counterclaim Defendants. | 23-CV-5138 (LGS) (VF)<br><br>**ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  At ECF No. 558, Case-Mate, Inc. ("Case-Mate") filed a motion to provisionally seal Exhibits A, B, C, and D to Case-Mate's Opposition (ECF No. 559) to ACS's Request to Depose Four Case-Mate Witnesses for a Second Time (ECF No. 532). Case-Mate moved to seal on the basis that Benesch Friedlander, the law firm representing Vinci Brands, LLC ("Vinci"), marked the documents as Confidential pursuant to the Stipulation and Confidentiality Agreement at ECF No. 233.

  If Benesch Friedlander and/or Vinci desire to seal Exhibits A, B, C, and D to ECF No. 559 permanently, they should submit, by **Monday, November 18, 2024**, a letter explaining the grounds that support sealing, consistent with Lugosch v. Pyramid Co. of

Onondaga, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

DATED: New York, New York
November 12, 2024

VALERIE FIGUEREDO
United States Magistrate Judge