**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
VINCI BRANDS LLC,

                        Plaintiff,        **23-cv-5138 (LGS) (VF)**
                                           **23-cv-5409 (LGS) (VF)**

        -against-

COACH SERVICES, INC. et al,                         **ORDER**

                        Defendants.
------------------------------------------------------------------X
KATE SPADE LLC et al,

                        Plaintiffs,

        -against-

VINCI BRANDS LLC and ACS GROUP
ACQUISITIONS LLC,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference is hereby scheduled for **Tuesday, December 3, 2024 at 2:15 p.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [288 119 717#].** Parties seeking to raise issues to be addressed at the December 3, 2024 conference are directed to file a joint opening letter that is a maximum of 30 pages by **Friday, November 22, 2024**. Responses to the issues raised in the opening letter are due **Wednesday, November 27, 2024**.

      For the discovery conferences scheduled for December 17, 2024 and January 14, 2025, counsel for the parties are directed to call Judge Figueredo's Teams conference line, **(646) 453-4442**, at the scheduled time and enter the access codes listed below. Schedules for

pre-conference submissions for the December 17, 2024 and January 14, 2025 conferences are also listed below.

- **Tuesday, December 17, 2024, at 10:00 a.m.**
    - Counsel for the parties are directed to call Judge Figueredo's Teams conference line and enter the passcode **[895 795 751#]**.
    - Parties seeking to raise issues to be addressed at the conference are directed to file a joint opening letter that is a maximum of 30 pages by **Tuesday, December 10, 2024**. Responses are due **Friday, December 13, 2024 at 5 p.m.**

- **Tuesday, January 14, 2025, at 10:00 a.m.**
    - Counsel for the parties are directed to call Judge Figueredo's Teams conference line and enter the passcode **[619 074 26#]**.
    - Parties seeking to raise issues to be addressed at the conference are directed to file a joint opening letter that is a maximum of 30 pages by **Tuesday, January 7, 2024**. Responses are due **Friday, January 10, 2024 at 5 p.m.**

**SO ORDERED.**

DATED:   New York, New York
         November 19, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge