The motions at Dkt. 573 and 577 are **DENIED** as moot in light of the filing of the Amended Counterclaim.  So Ordered.

Dated: November 20, 2024
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

The Honorable Lorna G. Schofield
United State District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        *Re:*     *Kate Spade LLC, et al. v. Vinci Brands LLC*, **Case No. 23-cv-05138**

Dear Judge Schofield:

        This firm represents defendant ACS Group Acquisition LLC ("ACS") in the above-referenced action.  We write in connection with Order 612, directing ACS to state whether it will be opposing the motions to dismiss filed by Plaintiffs Kate Spade LLC and Coach Services, Inc. and Defendant/Counterclaim Plaintiff Case Mate, Inc.  *See* ECF No. 577 and 573.

        In lieu of filing oppositions to the above-referenced motions, on November 8, 2024, ACS filed amended counterclaims, as of right.  *See* ECF No. 607.  Because the motions to dismiss are moot, ACS will not file opposition papers.

        We thank the Court for its continued assistance in this matter.

                                Respectfully Submitted,

                                Anna Pia D. Felix

cc:     All Counsel