> Application **GRANTED** as to the Kate Spade License Agreement and the Asset Purchase Agreement, and **DENIED** to the Bill of Sale without prejudice to renew. By **December 5, 2024**, Vinci and/or Onward shall file any letter in support of sealing the Bill of Sale. The letter at Dkt. No. 628 shall remain sealed at the time.
>
> The Clerk of Court is respectfully directed to close the motion at Dkt. No. 627.
>
> Dated: November 25, 2024
> New York, New York
>
> */s/ Lorna G. Schofield*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

    RE:   *Vinci Brands, LLC v. Coach, Inc., et al.*, Civil Action No. 1:23-cv-05138-LGS
          <u>Case Mate's Letter Motion to Seal</u>

Dear Judge Schofield:

    Pursuant to Rule I.g.2 of Your Honor's Individual Practices in Civil Cases, Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under seal Case-Mate's Request for Pre-Motion Conference regarding Case-Mate's Motion for Summary Judgment as to Vinci's Claims against Case-Mate and Exhibit 1. [ECF 626].

    Case-Mate seeks to seal the Case-Mate's Request for Pre-Motion Conference regarding Case-Mate's Motion for Summary Judgment as to Vinci's Claims against Case-Mate and Exhibit 1 as they quote from (i) the Kate Spade License Agreement [ECF 37-3], which has been ordered sealed by the Court; the Asset Purchase Agreement between Vinci Brands, LLC ("Vinci") and Onward Brands, LLC("Onward") [ECF 565], which has been ordered sealed by the Court; and the Bill of Sale between Vinci and Onward, originally designated as "Attorneys' Eyes Only" under the Stipulation and Confidentiality Agreement and Order [ECF 233] (the "Confidentiality Stipulation") but later re-designated as "Confidential" under the same stipulation.

    To ensure its compliance with the Confidentiality Stipulation, Case-Mate's Request for Pre-Motion Conference on Case-Mate's Motion for Summary Judgment as to Vinci's Claims against Case-Mate is submitted with this Letter Motion to Seal for the Court's consideration.

                                Respectfully submitted,

                                */s/ Erika C. Birg*
                              Erika C. Birg (Counsel for Case-Mate, Inc.)