**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vinci Brands LLC | |
|         Plaintiff, | Civil Action No. 1:23-cv-05138-LGS-VF |
|     v. | |
| Coach Services, Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc., | |
|         Defendants. | Hon. Lorna G. Schofield, U.S.D.J. Hon. Valerie Figueredo, U.S.M.J |
| and | |
| Case-Mate, Inc., | |
|         Counterclaimant, | |
|     v. | |
| Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC, | |
|         Counterclaim Defendants. | |

**VINCI BRANDS LLC'S MOTION**
**TO SEAL COACH SERVICES, INC.'S AND**
**VINCI BRANDS LLC'S LICENSOR CONSENT AGREEMENT**

     Plaintiff Vinci Brands LLC ("Vinci") respectfully requests that Exhibit 1 that was attached to Case-Mate, Inc's Answer ECF 599 and Case-Mate, Inc's refiled Answer ECF 600, which contains Coach Services, Inc.'s And Vinci Brands LLC's Licensor Consent Agreement (the "Consent Agreement"). Vinci makes its request to seal the Consent Agreement on the basis that these documents contain Vinci's sensitive confidential business information.

     Accordingly, Vinci respectfully requests that the Court permanently seal this document and provide viewing rights to those identified Case-Mate's Motion to Seal.

Dated: November 22, 2024

Respectfully submitted,

By: *s/ Michael A. Vatis*
Michael A. Vatis
James E. von der Heydt (admitted PHV)
Caroline R. Hamilton (admitted PHV)
**BENESCH, FRIEDLANDER, COPLAN &
 ARONOFF LLP**
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
Tel: 646.593.7050
mvatis@beneschlaw.com
jvonderheydt@beneschlaw.com
chamilton@beneschlaw.com

Paul Del Aguila (admitted
PHV) Dickinson Wright
55 W. Monroe St. Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Pdelaguila@dickinson-wright.com

*Attorneys for Vinci Brands LLC*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 11/25/24

The motion to seal is GRANTED. The Clerk of Court is directed to permanently seal Exhibit 1 to ECF Nos. 599 and 604.