UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Coach Services, Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>　　　　Defendants.<br><br>and<br><br>Case-Mate, Inc.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,<br><br>　　　　Counterclaim Defendants. | Civil Action No. 1:23-cv-05138-LGS-VF<br><br>Civil Action No. 1:23-cv-05409-LGS-VF<br><br>Hon. Lorna G. Schofield, U.S.D.J.<br>Hon. Valerie Figueredo, U.S.M.J |

**VINCI BRANDS LLC AND ACS GROUP ACQUISITIONS, LLC'S
MOTION TO PERMANENTLY SEAL VINCI AND ACS'S LOAN LEDGER**

　　Plaintiff Vinci Brands LLC ("Vinci") and ACS Group Acquisitions, LLC ("ACS") respectfully request that Exhibit 4, which was attached to the parties' joint letter filed as KSNY Action ECF 423 and Vinci Action ECF 613 concerning discovery disputes that were addressed on November 19, 2024, and contains Vinci and ACS's Loan Ledger, including sensitive financial information concerning ACS's actual and forecasted sales revenue and Vinci's outstanding debt (the "Loan Ledger").  Vinci makes its request to permanently seal the Loan Ledger on the basis that this document contains Vinci's and ACS's sensitive confidential financial information.

Accordingly, Vinci and ACS respectfully request that the Court permanently seal this document and provide viewing rights to those identified in KSNY's Motion to Seal.

Dated: December 9, 2024

> **MEMO ENDORSED**
>
> [signature]
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated:** 12/10/24
>
> The motion to seal Exhibit 4 to ECF No. 613 in 23cv5138 and ECF No. 423 in 23cv5409 is GRANTED. The Clerk of Court is directed to maintain the viewing restrictions on Exhibit 4 of ECF No. 617 in 23cv5138 and ECF No. 427 in 23cv5409 and to terminate the motions at ECF No. 656 in 23cv5138 and ECF No. 441 in 23cv5409.

Respectfully submitted,

By: s/ Michael A. Vatis
Michael A. Vatis
James E. von der Heydt (admitted PHV)
Caroline R. Hamilton (admitted PHV)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
Tel: 646.593.7050
mvatis@beneschlaw.com
jvonderheydt@beneschlaw.com
chamilton@beneschlaw.com

Paul Del Aguila (admitted PHV)
Dickinson Wright
55 W. Monroe St. Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Pdelaguila@dickinson-wright.com

*Attorneys for Vinci Brands LLC*

Robert Anthony Giacovas
Anna Pia Daguno Felix
Christina Dellaporte
LAZARE POTTER GIACOVAS & MOYLE LLP
747 Third Avenue, 16th Floor
New York, NY 10017
Email: rgiacovas@lpgmlaw.com
afelix@lpgmlaw.com
cdellaporte@lpgmlaw.com

*Counsel for ACS Group Acquisitions, LLC*