UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
VINCI BRANDS LLC,
                              Plaintiff,

               -against-

COACH SERVICES, INC. et al.,
                             Defendants.
------------------------------------------------------------X

23 Civ. 5138 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 25, 2024, denied in part and without prejudice Case-Mate's motion to seal its motion for leave to file summary judgment as to the Bill of Sale, and allowed Vinci until December 5, 2024, to file any letter in support of sealing the Bill of Sale;

WHEREAS, no such letter was filed by December 5, 2024. It is hereby

ORDERED that by **December 17, 2024**, Case-Mate shall refile its redacted motion on the public docket without redacting any references to the Bill of Sale.

Dated: December 12, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE