UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Vinci Brands LLC

        Plaintiff and Counterclaim Defendant,

v.

Coach Services Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,

        Defendants,

and

Case-Mate, Inc.,

        Counterclaimant,

v.

Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,

        Counterclaim Defendants.

23-CV-5138 (LGS) (VF)

**ORDER**

---

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons discussed at the December 9, 2024 telephone conference, the motion at ECF No. 654 is resolved. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 654.

      **SO ORDERED.**

DATED:    New York, New York
              December 12, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge