Application **GRANTED**.  The deadline for ACS to file its opposition to KSNY's motion to dismiss is extended to January 20, 2025.  The deadline for KSNY to file its reply is extended to February 1, 2025.  So Ordered.

Dated: January 7, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>**VIA ECF**</u>

The Honorable Valerie Figueredo
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Vinci Brands LLC v. Coach Services, Inc., et al*, No. 1:23-cv-05138

Dear Judge Figueredo:

    We are counsel for ACS Group Acquisitions, LLC ("ACS") in the above-referenced matters. We write with the consent of counsel for KSNY to respectfully request a three-day extension of time for ACS to file its Opposition to KSNY's Motion to Dismiss ACS's Counterclaims (ECF 638).

    The deadline is currently January 17, 2025, however ACS's Opposition to Defendant Case-Mate's Motion to Dismiss is due on January 20, 2025 (ECF 658). ACS has sought and KSNY has agreed to extend ACS's time to oppose to the same date as the Case-Mate opposition, January 20, 2025, and ACS has agreed to extend KSNY's time to reply a reciprocal three days, to February 1, 2025.

    We therefore respectfully request an extension to January 20, 2025, for ACS to file its Opposition to KSNY's Motion to Dismiss and an extension to February 1, 2025, for KSNY to file its Reply.

    Thank you for your continued assistance in this matter.

                    Respectfully Submitted,

                    /s/ <u>*Anna Pia D. Felix*</u>
                    Counsel for ACS Group Acquisitions, LLC