**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

VINCI BRANDS LLC,

                              Plaintiff,              **23-cv-5138 (LGS) (VF)**
                                              **23-cv-5409 (LGS) (VF)**

          -against-

COACH SERVICES, INC. et al,                        **ORDER**

                              Defendants.
--------------------------------------------------------------X

KATE SPADE LLC et al,

                              Plaintiffs,

          -against-

VINCI BRANDS LLC and ACS GROUP
ACQUISITIONS LLC,

                              Defendants.
--------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        SVES LLC is directed to respond to the motion to compel filed by Coach Services, Inc.,

Kate Spade, LLC, Tapestry, Inc. (collectively, "KSNY") at ECF No. 716 in 23-CV-5138 and

ECF No. 468 in 23-CV-5409 by **Monday, January 27, 2025 at 10 a.m.** KSNY is directed to

serve a copy of its motion as well as this order on SVES LLC.

        **SO ORDERED.**

DATED:      New York, New York
                January 24, 2025

                                     _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge