UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VINCI BRANDS LLC,

                              Plaintiff,                        **23-cv-5138 (LGS) (VF)**
                                                                       **23-cv-5409 (LGS) (VF)**

        -against-

COACH SERVICES, INC. et al,                                  **ORDER**

                              Defendants.
------------------------------------------------------------------X
KATE SPADE LLC et al,

                              Plaintiffs,

        -against-

VINCI BRANDS LLC and ACS GROUP
ACQUISITIONS LLC,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The motion to compel SVES LLC to appear for a deposition on January 28, 2025 is granted. See ECF No. 718. Even assuming that the Court's January 14, 2025 order (ECF No. 702) applied to SVES (who did not previously raise a timely objection to the subpoena served on it in fall 2024), Kate Spade LLC has sufficiently shown potential sales of Kate Spade and/or Coach goods after December 11, 2023. For example, at ECF No. 718-1, Kate Spade includes an e-mail chain which appears to indicate that in January 4, 2024, SVES was communicating with a potential buyer about "a full cleanup of this inventory" that included Kate Spade goods. Similarly, at ECF Nos. 718-2 and 718-3, Kate Spade includes another e-mail chain from January 2024, that includes Defendant Sonny Haddad responding to an inquiry from SVES about the

1

potential sale of Kate Spade goods and Mr. Haddad stating that "[w]e will need a few weeks time to ship this order." Unlike the documents previously submitted by Kate Spade to the Court in support of its request for other non-party depositions, these e-mail communications suggest the unauthorized sale of Kate Spade and/or Coach goods after December 11, 2023. For this reason, they are distinguishable from the documents previously relied on by Kate Spade in support of prior requests for certain non-party depositions.

    The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 716, 717, 718 in Case No. 23-CV-5138. The Clerk of Court is also respectfully directed to terminate the letter motions at ECF Nos. 468, 469, 470 in Case No. 23-CV-5409.

    **SO ORDERED.**

DATED:   New York, New York
           January 27, 2025

                                                                                                       VALERIE FIGUEREDO
                                                                                 United States Magistrate Judge