

Erika C. Birg
Attorney
T: (404) 322-6110
erika.birg@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW
201 17th Street NW
Suite 1700
Atlanta, GA  30363
T: (404) 322-6000   F: (404) 322-6050
**nelsonmullins.com**

January 31, 2025

<u>Via ECF</u>

The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse, S.D.N.Y.
500 Pearl Street
New York, NY 10007

      RE:   *Vinci Brands, LLC v. Coach, Inc., et al.*, No. 1:23-cv-05138-LGS-VF
            <u>*Case-Mate's Letter Motion to Seal*</u>

Dear Judge Figueredo:

      Pursuant to Rule I.g.2 of Your Honor's Individual Practices in Civil Cases, Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under seal ACS008434 as referenced in Case-Mate's January 31, 2025 Letter Regarding Deficient Discovery Responses by Candlewood Partners, LLC; ACS Acquisitions Group LLC; Vinci Brands, LLC; and Onward Brands, LLC (the "Deficiency Letter"). Case-Mate designates this document as Exhibit B to the Deficiency Letter.

      Case-Mate seeks to file Exhibit A under seal to allow ACS Acquisitions Group LLC ("ACS") an opportunity to permanently seal it as it is a document that has been marked Confidential by ACS pursuant to the Stipulation and Confidentiality Agreement and Order [ECF 233] (the "Confidentiality Stipulation").

      To ensure its compliance with the Confidentiality Stipulation, Exhibit B is submitted with this Letter Motion to Seal for the Court's consideration.

      We thank the Court for its attention to this matter.

**MEMO ENDORSED**
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated:** 2/4/25

Parties interested in permanently sealing Exhibits A and B are directed to make a showing under <u>Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006)</u> by **February 24, 2025**.

Respectfully submitted,

*/s/   Erika C. Birg*
Erika C. Birg
(*Counsel for Case-Mate, Inc.*)

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
NEW YORK | NORTH CAROLINA | OHIO | PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA
4909-1172-4053 v.1