UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC<br><br>   Plaintiff,<br><br> v.<br><br>Coach Services, Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>   Defendants.<br><br>and<br><br>Case-Mate, Inc.,<br><br>   Counterclaimant,<br><br> v.<br><br>Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,<br><br>   Counterclaim Defendants. | Civil Action No. 1:23-cv-05138-LGS-VF<br><br><br>Hon. Lorna G. Schofield, U.S.D.J.<br>Hon. Valerie Figueredo, U.S.M.J |

**ORDER TO FILE UNDER SEAL**

  Upon Vinci Brands LLC's February 6, 2024, Motion to File Under Seal, it is hereby **ORDERED** that Vinci's Exhibit 1 to ECF 747 be filed under permanent seal, and Exhibits 2 and 3 to ECF No. 747 be filed under provisional seal, with viewing rights limited to the parties. Parties interested in permanently sealing Exhibits 2 and 3 to ECF No. 747 are directed to make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **March 3, 2025**. The Clerk of Court is directed to terminate the gavel at ECF No. 745.

Dated: February 7, 2024

                   _____
                   Hon. Valerie Figueredo
                   United States Magistrate Judge