

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

February 14, 2025

Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** ***Vinci Brands LLC v. Coach Services, Inc., et al.***, **No. 1:23-cv-05138-LGS-VF –**
**Vinci's Letter Motion to Seal**

Dear Judge Figueredo:

Pursuant to Rule I.g.2 of Your Honor's Individual Practices in Civil Cases, Vinci Brands
LLC ("Vinci") respectfully requests Your Honor's approval to file under seal KSNY54080 as
referenced in Vinci's February 14, 2025 Letter Regarding Discovery Deficiencies. Vinci
designates this document as Exhibit F to the Deficiency Letter.

Vinci seeks to file Exhibit F under seal to allow KSNY an opportunity to permanently seal
it as a document that has been marked Confidential by KSNY pursuant to the Stipulation
and Confidentiality Agreement and Order (ECF 233) (the "Confidentiality Stipulation").
However, Vinci takes issue with KSNY's designation of this document, as it does not
contain any confidential information. Thus, Vinci will be requesting that KSNY de-designate
this document.

To ensure its compliance with the Confidentiality Stipulation, Exhibit F is submitted
with the Letter Motion to Seal for the Court's consideration.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated:** 2/18/25

The motion for a provisional seal is granted. KSNY is
directed to file a motion to permanently seal the
document by **March 18, 2025** or the document will be
unsealed. The Clerk of Court is directed to terminate
the gavel at ECF No. 760.

Very truly yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Michael A. Vatis*

Michael A. Vatis