**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vinci Brands LLC<br><br>        Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Coach Services Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>        Defendants,<br><br>and<br><br>Case-Mate, Inc.,<br><br>        Counterclaimant,<br><br>v.<br><br>Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,<br><br>        Counterclaim Defendants. | **23-CV-5138 (LGS) (VF)**<br><br>**ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Motions for provisional seals were filed at ECF Nos. 530, 536, 575, 590, 614 and 616. To date, interested parties have failed to make a showing for permanently sealing the documents that were provisionally sealed as a result of the letter motions at ECF Nos. 530, 536, 575, 590, 614 and 616. Parties interested in permanently sealing any of the provisionally sealed documents are directed to submit a sealing motion and make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **March 31, 2025**. If no showing is made, the documents will be unsealed. The Clerk of Court is directed to terminate the motions at ECF Nos. 530, 575, 590, 614, and 616.

At ECF No. 558, Case-Mate, Inc. moved to provisionally seal Exhibits A through D of ECF No. 559. At ECF Nos. 619 and 620 in Case No. 23-CV-5138, Vinci Brands LLC ("Vinci") moved to permanently seal those same documents, which include an asset purchase agreement, an intercreditor agreement, and communications with Vinci's attorneys. ECF No. 620. Vinci argues that these documents contain "confidential and sensitive business information," and as such, should be permanently sealed. Id. (citing Johnson v. Esports Ent. Grp., Inc., No. 22-CV-10861 (PGG) (KHP), 2023 WL 6035668, at *2 (S.D.N.Y. Sept. 14, 2023); Louis Vuitton Malletier S.A. v. Sunny Merch. Corp., 97 F.Supp.3d 485, 511 (S.D.N.Y. 2015)). Further, Vinci argues that because the documents have only been presented in the context of discovery disputes, "the adjudicative significance of these documents is minimal." ECF No. 620 at 4 (citing Brown v. Maxwell, 929 F.3d 41, 50 (2d Cir. 2019)). For the reasons set forth in Vinci's brief at ECF No. 620, the motion to permanently seal Exhibits A through D of ECF No. 559 is granted. The Clerk of Court is directed to permanently seal the documents at ECF No. 559 and terminate the gavels at ECF Nos. 558 and 619.

      SO ORDERED.

DATED:    New York, New York
             February 21, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge