UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC, | |
| Plaintiff, et al, | Civil Action No. 1:23-cv-05138-LGS-VF |
| v. | |
| Coach Services, Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc., | Hon. Lorna G. Schofield, U.S.D.J. Hon. Valerie Figueredo, U.S.M.J |
| Defendants, et al. | |

**ACS GROUP ACQUISITIONS LLC'S MOTION TO PERMANENTLY SEAL**

ACS Group Acquisitions LLC ("ACS") respectfully requests that Exhibit A (ECF 735-1), which was attached to Case-Mate, Inc.'s ("Case-Mate") January 31, 2025 letter regarding discovery deficiencies (the "Letter" at ECF 735) and consists of the full text chain between ACS's principals, be permanently sealed. ACS makes this request on the basis that these documents contain ACS's sensitive and confidential information.

Accordingly, ACS respectfully requests that the Court permanently seal this document and provide viewing rights to all parties named in this action.

Dated: February 24, 2025

            LAZARE POTTER GIACOVAS
             & MOYLE LLP

            By:  s/Anna Pia D. Felix
              Robert A. Giacovas
              Anna Pia D. Felix
              Christina Dellaporte
            747 Third Avenue, 16th Floor
            New York, NY 10017
            (212) 758-9300
            (212) 888-3295 (fax)
            rgiacovas@lpgmlaw.com

afelix@lpgmlaw.com
cdellaporte@lpgmlaw.com

*Attorneys for ACS Group Acquisitions LLC*

**MEMO ENDORSED**

*[Signature]*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 2/25/25

The motion to seal is GRANTED. The Clerk of Court is directed to maintain the viewing restrictions on the document filed ECF No. 735-1. The Clerk of Court is directed to terminate the gavels at ECF Nos. 734 and 774.

2