UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCI BRANDS LLC<br><br>   Plaintiff and Counterclaim Defendant,<br><br> v.<br><br>COACH SERVICES INC., KATE SPADE, LLC, TAPESTRY, INC., and CASE-MATE, INC.,<br><br>   Defendants,<br><br> and<br><br>CASE-MATE, INC.,<br><br>   Counterclaimant,<br><br> v.<br><br>VINCI BRANDS LLC, CANDLEWOOD PARTNERS, LLC, CWD ARMOR MANAGEMENT, LLC, ONWARD BRANDS, LLC, and ACS GROUP ACQUISITIONS, LLC,<br><br>   Counterclaim Defendants. | 23-CV-5138 (LGS) (VF)<br><br>**SCHEDULING ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

 Oral argument for the motion for sanctions at ECF No. 498 is hereby scheduled for **Tuesday, August 12, 2025 at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

  **SO ORDERED.**

DATED: New York, New York
     March 3, 2025

                    _____
                    VALERIE FIGUEREDO
                    United States Magistrate Judge