

March 31, 2025

Timothy R. Beyer
Partner
Direct:  +1 303 866 0481
tim.beyer@bclplaw.com

Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse, S.D.N.Y.
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** 4/2/2025

The motion to seal is GRANTED. The
Clerk of Court is respectfully directed to
maintain the viewing restrictions on the
documents filed at ECF Nos. 536-539.
This resolves the motion at ECF No. 802.

BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street  Suite 4100
Denver  CO  80203 4541
T: +1 303 861 7000
F: +1 303 866 0200

bclplaw.com

**Via ECF**

**Re:**    ***Vinci Brands LLC v. Kate Spade LLC et al.* – Case No. 1:23-cv-05138-LGS-VF - Letter
Motion to Seal**

Dear Judge Figueredo:

Pursuant to the Order at ECF 771, Your Honor requested that any motions to permanently seal
documents under provisional seal at ECF 536 be made by March 31, 2025. Coach Services, Inc.,
Kate Spade LLC, and Tapestry, Inc. ("KSNY") submitted a motion to permanently seal the
documents subject to Vinci Brands LLC's motion to seal at ECF 536-539 on October 24, 2024,
at ECF 586-87. KSNY's motion is pending, and the reasons underlying the relief requested in
that motion remain the same.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*Timothy R. Beyer*

Timothy R. Beyer