UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Coach Services, Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>　　　　Defendants.<br><br>and<br><br>Case-Mate, Inc.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,<br><br>　　　　Counterclaim Defendants. | Civil Action No. 1:23-cv-05138-LGS-VF<br><br><br>Hon. Lorna G. Schofield, U.S.D.J.<br>Hon. Valerie Figueredo, U.S.M.J |

## ORDER TO FILE UNDER SEAL

Upon Onward Brands LLC's and Vinci Brands LLC's March 31, 2024, Motion to File Under Seal, it is hereby **ORDERED** that Exhibit A (Doc. 576-1) and Exhibits B and F (Doc. 531-2 and 531-6, respectively), be filed under permanent seal, with viewing rights limited to the persons identified in the Appendix to the Motion to Seal at ECF No. 804. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 803.

Dated: April 2, 2024

_____
Hon. Valerie Figueredo
United States Magistrate Judge