UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC, <br><br> Plaintiff, <br><br> v. <br><br> Coach Services, Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc., <br><br> Defendants, et al. | Civil Action No. 1:23-cv-05138-LGS-VF <br><br> Hon. Lorna G. Schofield, U.S.D.J. <br> Hon. Valerie Figueredo, U.S.M.J |
| Kate Spade LLC and Coach Services, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Vinci Brands LLC and ACS Group Acquisitions LLC, <br><br> Defendants, et al. | Civil Action No. 1:23-cv-05409-LGS-VF <br><br> Hon. Lorna G. Schofield, U.S.D.J. <br> Hon. Valerie Figueredo, U.S.M.J |

## ACS GROUP ACQUISITIONS LLC'S MOTION TO PERMANENTLY SEAL

ACS Group Acquisitions LLC ("ACS") respectfully requests that Exhibits 1 and 3 filed at ECF 617-1 and 617-3 in the 5138 action and ECF 427-1 and 427-3 in the 5409 action be permanently sealed as these documents contain sensitive and confidential information. ACS also joins in Vinci Brand LLC's November 15, 2024 motion to seal Exhibit B (ECF 614, 615 and 615-1 in the 5138 action; ECF 424, 425, and 425-1 in the 5409 action) as these are the June 5, 2024 transaction documents that also contain sensitive and confidential information.

Accordingly, ACS respectfully requests that the Court permanently seal these documents and provide viewing rights to all parties named in this action.

Dated: March 31, 2025

1

LAZARE POTTER GIACOVAS<br>& MOYLE LLP

By:  s/Anna Pia D. Felix
     Robert A. Giacovas
     Anna Pia D. Felix
     Christina Dellaporte
747 Third Avenue, 16th Floor
New York, NY 10017
(212) 758-9300
(212) 888-3295 (fax)
rgiacovas@lpgmlaw.com
afelix@lpgmlaw.com
cdellaporte@lpgmlaw.com

*Attorneys for ACS Group Acquisitions LLC*

---

**MEMO ENDORSED**

*[Signature]*

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** 4/2/2025

The motion to seal is GRANTED. The Clerk of Court is respectfully directed to maintain the viewing restrictions on the documents filed at ECF Nos. 617-1 and 617-3 in the 5138 action and ECF 427-1 and 427-3 in the 5409 action be permanently sealed. The Clerk of Court is respectfully directed to terminate the motions at ECF No. 805 in the 5138 action, and ECF No. 527 in the 5409 action.