

55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603-5127
TELEPHONE: 312-641-0060
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

PAUL A. DEL AGUILA
PDelAguila@dickinsonwright.com
312-377-7862

May 6, 2025

**VIA ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynahan United States Courthouse
500 Pearl Street
New York, NY 10007

>Re:  Vinci Brands, LLC v. Coach Servs. Inc., et al., Civil Action No. 1:23-cv-05138
>     <u>Vinci's Letter Motion to Seal Exhibit A to Letter Motion for Relief from Protective Order.</u>

Dear Judge Figueredo:

Pursuant to Your Honor's Individual Rule I(g)(2), Vinci Brands LLC ("Vinci") respectfully requests Your Honor's approval to provisionally seal Exhibit A to Vinci's Letter Motion for Relief from Protective Order.

In ruling on a motion to seal, Your Honor must consider "the privacy interests of those resisting disclosure." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (quoting United States v. Amodeo, 71 F.3d 1044, 1050 (2d Cir. 1995)). On February 7, 2024, this Court so ordered a stipulation and confidentiality agreement ("Protective Order"). Pursuant to the Protective Order, parties may mark documents produced in discovery and deposition transcripts as "Confidential" and "Highly Confidential – Attorney's Eyes Only."

On April 24, 2024, Vinci took the deposition of Case-Mate, Inc. employee, Kristen Roney. Case-Mate has designated portions of Ms. Roney's deposition transcript as Confidential. Exhibit A to Vinci's Letter Motion for Relief from Protective Order contains two pages that have been designated as Confidential. Pursuant to the protections set forth in the Protective Order, Vinci requests that Exhibit A be provisionally sealed until Case-Mate has an opportunity to move to seal. Accordingly, Vinci has filed an unredacted copy of Exhibit A under seal pending further Order from the Court.

Hon. Valerie Figueredo  
May 6, 2025  
Page 2

DICKINSON WRIGHT PLLC

        Respectfully submitted,

        /s/ *Paul A. Del Aguila*  
        Paul A. Del Aguila  
        Counsel for Vinci Brands LLC

cc: All Counsel of Record

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO  
UNITED STATES MAGISTRATE JUDGE

**Dated:** 5/7/25

The motion for a provisional seal is GRANTED. If Case-Mate, Inc. seeks to permanently seal the document referenced herein, Case-Mate, Inc. is directed to make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **May 17, 2025**. The Clerk of Court is directed to maintain the viewing restrictions at ECF No. 818 and terminate the motion at ECF No. 817.

---