UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VINCI BRANDS LLC,

                                  Plaintiff,                   **23-cv-5138 (LGS) (VF)**
                                                                **23-cv-5409 (LGS) (VF)**

                 -against-

COACH SERVICES, INC. et al,                              **ORDER**

                                  Defendants.
------------------------------------------------------------------X
KATE SPADE LLC et al,

                                  Plaintiffs,

                 -against-

VINCI BRANDS LLC,

                                  Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In light of the motions to withdraw at ECF No. 822 in Case No. 23-CV-5138 and ECF No. 538 in Case No. 23-CV-5409 filed by counsel for Vinci Brands LLC ("Vinci"), Vinci's new attorneys are directed to file notices of appearance by **Friday, May 23, 2025**.

       **SO ORDERED.**

DATED:    New York, New York
                 May 13, 2025

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge