UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vinci Brands LLC<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　v.<br><br>Coach Services Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc.,<br><br>　　　　Defendants,<br><br>　and<br><br>Case-Mate, Inc.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>Vinci Brands LLC, Candlewood Partners, LLC, CWD Armor Management, LLC, Onward Brands, LLC, and ACS Group Acquisitions, LLC,<br><br>　　　　Counterclaim Defendants. | 23-CV-5138 (LGS) (VF)<br><br>**ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

　　A conference to address the issues raised at ECF Nos. 843 and 845 is hereby scheduled for **Tuesday, August 12, 2025, at 10 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York.

　　**SO ORDERED.**

DATED:　　New York, New York
　　　　　　July 1, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VALERIE FIGUEREDO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge