55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603-5127
TELEPHONE: 312-645-6000
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

PAUL A. DEL AGUILA
PDelAguila@dickinsonwright.com
312-377-7862

**DICKINSON WRIGHT** PLLC

> **MEMO ENDORSED**
>
> /s/ (signature)
>
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
>
> Dated: 7/18/2025
>
> The provisional seal is GRANTED. Parties interested in permanently sealing the documents are directed to move to seal after the Court rules on the parties' dispute.

July 17, 2025

**VIA ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynahan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Vinci Brands, LLC v. Coach Servs. Inc., et al.*, Civil Action No. 1:23-cv-05138.

**Letter Motion to Seal Joint Submission on Challenges to Designations under ECF 233 and Exhibits Thereto**

Dear Judge Figueredo:

Vinci Brands, LLC moves to file its Submission on Challenges to Designations under ECF 233 and the Exhibits thereto under seal as Case-Mate, Inc. has tagged the ten (10) exhibits as AEO or Confidential under ECF 233. Accordingly, Vinci respectfully submits that any discussion regarding those exhibits and the exhibits themselves should be sealed until the Court rules on the parties' dispute.

Respectfully submitted,

*/s/ Paul A. Del Aguila*
Paul A. Del Aguila
Counsel for Vinci Brands LLC