**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vinci Brands LLC<br><br>      Plaintiff and Counterclaim<br>      Defendant,<br><br>  v.<br><br>Coach Services Inc., Kate Spade, LLC,<br>Tapestry, Inc., and Case-Mate, Inc.,<br><br>      Defendants,<br><br>   and<br><br>Case-Mate, Inc.,<br><br>      Counterclaimant,<br><br>  v.<br><br><br>Vinci Brands LLC, Candlewood Partners, LLC,<br>CWD Armor Management, LLC, Onward<br>Brands, LLC, and ACS Group Acquisitions,<br>LLC,<br><br>      Counterclaim Defendants. | **23-CV-5138 (LGS) (VF)**<br><br><br>**<u>ORDER</u>** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The issues raised at ECF No. 861 were addressed at the conference on July 25, 2025.

Given the discussions at the conference, the proceeding will remain *ex parte*. The Clerk of Court

is respectfully directed to terminate the motion at ECF No. 861.

      **SO ORDERED.**

DATED:    New York, New York
         July 25, 2025

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge