

55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603-5127
TELEPHONE: 312-641-0060
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

PAUL A. DEL AGUILA
PDelAguila@dickinsonwright.com
312-377-7862

> **MEMO ENDORSED**
>
> [signature]
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated:** 8/11/25
>
> ECF No. 863 will be addressed at the conference scheduled for August 12, 2025. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 882.

August 8, 2025

**VIA ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynahan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Vinci Brands, LLC v. Coach Servs. Inc., et al.*, Civil Action No. 1:23-cv-05138.

**Letter Motion for Discovery Conference**

Dear Judge Figueredo:

On July 1, 2025, Your Honor scheduled an in-person Discovery Conference for August 12, 2025 to address issues raised in ECF 843 and 845.  (ECF 848).  Since that time Your Honor has schedule other letter motions to be addressed at the August 12, 2025 Discovery Conference.  (See ECF 875 and 881).

Vinci Brands, LLC ("Vinci") respectfully requests that its Letter Motion Challenging Designations Under ECF 233 also be addressed at the August 12, 2025, as both Vinci and Case-Mate, Inc. have submitted their respective positions on the challenged designations.  (ECF 863 and 871).

Respectfully submitted,

/s/ *Paul A. Del Aguila*
Paul A. Del Aguila
Counsel for Vinci Brands LLC

ARIZONA   CALIFORNIA   COLORADO   FLORIDA   ILLINOIS   KENTUCKY   MICHIGAN   NEVADA   OHIO   TENNESSEE   TEXAS   WASHINGTON DC   TORONTO