

55 WEST MONROE STREET, SUITE 1200  
CHICAGO, IL 60603-5127  
TELEPHONE: 312-641-0060  
FACSIMILE: 844-670-6009  
http://www.dickinsonwright.com  

PAUL A. DEL AGUILA  
PDelAguila@dickinsonwright.com  
312-377-7862

August 15, 2025

**VIA ECF**

The Honorable Valerie Figueredo  
Daniel Patrick Moynahan United States Courthouse  
500 Pearl Street  
New York, NY 10007

    Re:    *Kate Spade, LLC, et al v. Vinci Brands, LLC*, et al, Civil Action No. 1:23-cv-5138

<b><u>Letter Motion to Seal Exhibit C to ECF 886</u></b>

Dear Judge Figueredo:

    As follow up to the August 12, 2025 Discovery Conference, we have submitted the search terms and parameter agreed to by the parties in December 2024. The search terms and parameters, Exhibit C to our response, includes highly sensitive business information designated as Attorneys' Eyes Only (names of customers), the disclosure of which would pose a competitive risk or injury. Accordingly, we respectfully request that the Court grant the Letter Motion to Seal Exhibit C to ECF 886.

Respectfully submitted,

/s/ *Paul A. Del Aguila*  
Paul A. Del Aguila  
Counsel for Vinci Brands LLC delag

---

**MEMO ENDORSED**

[signature]  
**HON. VALERIE FIGUEREDO**  
**UNITED STATES MAGISTRATE JUDGE**  
**Dated:** 8/19/25

Vinci is directed to file proposed redactions to Exhibit C by **September 9, 2025.**

---

ARIZONA   CALIFORNIA   COLORADO   FLORIDA   ILLINOIS   KENTUCKY   MICHIGAN   NEVADA   OHIO   TENNESSEE   TEXAS   WASHINGTON DC   TORONTO