**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Vinci Brands LLC

        Plaintiff and Counterclaim
        Defendant,

    v.

Coach Services Inc., Kate Spade, LLC,
Tapestry, Inc., and Case-Mate, Inc.,

        Defendants,

    and

Case-Mate, Inc.,

        Counterclaimant,

    v.

Vinci Brands LLC, Candlewood Partners, LLC,
CWD Armor Management, LLC, Onward
Brands, LLC, and ACS Group Acquisitions,
LLC,

        Counterclaim Defendants.

**23-CV-5138 (LGS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

        The motion for a provisional seal at ECF No. 495 is GRANTED. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 495 and maintain the viewing restrictions at ECF Nos. 501 and 503. If Case-Mate seeks to permanently seal the information, Case-Mate is directed to make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **September 29, 2025**.

        **SO ORDERED.**

DATED:    New York, New York
        August 28, 2025

                            _____
                            VALERIE FIGUEREDO
                            United States Magistrate Judge