**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCI BRANDS LLC,<br>　　Plaintiff and<br>　　Counterclaim Defendant,<br>　　　v.<br>COACH SERVICES INC., KATE SPADE, LLC, TAPESTRY, INC., and CASE-MATE, INC.,<br>　　Defendants,<br>and<br>CASE-MATE, INC.,<br>　　Counterclaim Plaintiff,<br>　　　v.<br>VINCI BRANDS, LLC; CANDLEWOOD PARTNERS, LLC, CWD ARMOR MANAGEMENT, LLC, ONWARD BRANDS, LLC, and ACS GROUP ACQUISITIONS, LLC,<br>　　Counterclaim Defendants. | Civil Action No.<br>No. 1:23-cv-05138-LGS-VF |

Within **five (5) days of entry of any certificate of default**, Case-Mate, Inc. shall file a proposed default judgment and a proposed order to show cause for why default judgment should not issue.

The Clerk of Court is respectfully directed to enter a certificate of default as to Counterclaim Defendants CWD Armor Management, LLC and Candlewood Partners, LLC.

Dated: August 28, 2025
　　　New York, New York

　　　　　　　　　_/s/ Lorna G. Schofield_
　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**CASE-MATE, INC.'S REQUEST FOR ENTRY OF**
**CLERK'S DEFAULT AGAINST COUNTERCLAIM DEFENDANTS**
**CWD ARMOR MANAGEMENT, LLC AND CANDLEWOOD PARTNERS, LLC**

　　　Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Case-Mate, Inc. ("Case-Mate") requests an entry of Clerk's default against Counterclaim Defendants CWD Armor Management, LLC ("CWD") and Candlewood Partners, LLC ("Candlewood"). CWD and Candlewood failed to respond to Case-Mate's Amended Counterclaims within the time allowed by Rule 12(a)(4)(A). Attached to this request are the following documents: (1) Declaration of Erika Birg in Support of Case-Mate, Inc.'s Request for Entry of Clerk's Default; and (2) Clerk's Certificate of Default. The accompanying Declaration of Erika Birg affirms that the party against whom the judgment is sought:

　　　1)　is not an infant or an incompetent person;

2) is not in the military service;

3) was properly served under Federal Rule of Civil Procedure 4 and proof of service has been filed with the court; and

4) has not responded to the Amended Counterclaims in the above-captioned action.

Case-Mate respectfully requests that the Clerk's Certificate of Default be entered against CWD Armor and Candlewood.

Dated: August 27, 2025            Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ *Erika C. Birg*
Erika C. Birg (pro hac vice)
K. Paige Nettles (pro hac vice)
201 17th Street NW | Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6110
Email: erika.birg@nelsonmullins.com
Email: paige.nettles@nelsonmullins.com

Nicole Phe
Nelson Mullins Riley & Scarborough, LLP 330 Madison Avenue, 27th Floor
New York, New York 10017
Telephone: (212) 413-9000
Email: nicole.phe@nelsonmullins.com

Lyndsey Stults (pro hac vice)
Jessica Jeffrey (pro hac vice)
One Financial Center, Suite 3500 Boston, MA 02111
Telephone: (617) 217-4704
Email: lyndsey.stults@nelsonmullins.com

Benjamin J. Sitter (pro hac vice)
Six PPG Place Suite 700
Pittsburgh, PA 15222
Telephone: (412) 730-3244
Email: ben.sitter@nelsonmullins.com

SUSMAN GODFREY L.L.P.
Zachary B. Savage

One Manhattan West, 50th Fl.
New York, NY 10001
Telephone: (212) 336-8330
Email: zsavage@susmangodfrey.com

*Counsel for Case-Mate, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, this document was served on all counsel of record by ECF, to counsel for Candlewood Partners, LLC and CWD Armor Management, LLC by U.S. Mail as follows:

Paul Del Aguila
Dickinson Wright PLLC
55 W Monroe St. #1200
Chicago, IL 60603

and on Candlewood Partners, LLC's registered agent by U.S. Mail, as follows:

MLCL Statutory Agent, Inc.
111 Superior Avenue East, Suite 2700
Cleveland, Ohio 44114

and on CWD Armor Management, LLC's registered agent by U.S. Mail, as follows:

ACFB
127 Public Square, Suite 4900
Cleveland, Ohio 44114

                                              */s/ Erika C. Birg*
                                              Erika C. Birg

# ATTACHMENT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCI BRANDS LLC,<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>    v.<br><br>COACH SERVICES INC., KATE SPADE, LLC, TAPESTRY, INC., and CASE-MATE, INC.,<br><br>    Defendants,<br><br>and<br><br>CASE-MATE, INC.,<br><br>    Counterclaim Plaintiff,<br>    v.<br><br>VINCI BRANDS, LLC; CANDLEWOOD PARTNERS, LLC, CWD ARMOR MANAGEMENT, LLC, ONWARD BRANDS, LLC, and ACS GROUP ACQUISITIONS, LLC,<br><br>    Counterclaim Defendants. | Civil Action No.<br>No. 1:23-cv-05138-LGS-VF |

**DECLARATION OF ERIKA BIRG IN SUPPORT OF
CASE-MATE, INC.'S REQUEST FOR ENTRY OF CLERK'S DEFAULT**

I, Erika Birg, declare as follows:

1. I am an attorney and partner at Nelson Mullins Riley & Scarborough LLP, which represents Case-Mate, Inc. ("Case-Mate") in this action.

2. I am over 18 years old and competent to make this declaration, which is based on personal knowledge. This Declaration is submitted in support of Case-Mate's Motion for Entry of Clerk's Default in this case.

3. Case-Mate, Inc. filed a counterclaim [ECF 399] on June 27, 2024. Third-Party Defendants CWD Armor Management, LLC ("CWD") and Candlewood Partners, LLC

1

("Candlewood") were served with process on July 3, 2024. The Proofs of Service are recorded at ECFs 451 and 452 and attached hereto as Exhibit A.

4. Case-Mate filed an amended Counterclaim [ECF 466] on August 16, 2024.

5. CWD and Candlewood were served with the Amended Counterclaim via ECF on August 16, 2024. [ECF 466.]

6. The requirements of Federal Rule of Civil Procedure 4 for service have been satisfied.

7. The Defendants are limited liability companies and not incompetent persons, minors, or serving in the military.

8. CWD and Candlewood moved to dismiss the Amended Counterclaim for lack of personal jurisdiction ("Motion to Dismiss"). [ECFs 484–486.]

9. The Honorable Lorna G. Schofield denied the Motion to Dismiss on June 11, 2025. [ECF 836.]

10. CWD and Candlewood were required to answer no later than June 25, 2025. *See* Fed. R. Civ. Proc. 12(a)(4)(A) ("[I]f the court denies the motion . . ., the responsive pleading must be served within 14 days after notice of the court's action.").

11. More than fourteen (14) days have elapsed since the Court's denial of CWD and Candlewood's Motion to Dismiss on June 11, 2025.

12. CWD has not filed an answer to the Amended Counterclaim.

13. Candlewood has not filed an answer to the Amended Counterclaim.

14. The time for CWD and Candlewood to answer the Amended Counterclaim has expired.

15. CWD and Candlewood have failed to plead or otherwise move in response to Case-Mate's Amended Counterclaims following the Court's Order [ECF 836] denying CWD and Candlewood's Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

Erika C. Birg
Nelson Mullins Riley & Scarborough LLP
201 17th St NW #1700
Atlanta, GA 30363

# EXHIBIT A

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| VINCI BRANDS LLC <br> *Plaintiff* <br> v. <br> CASE-MATE, INC. <br> *Defendant, Third-party plaintiff* <br> v. <br> CANDLEWOOD PARTNERS, LLC, et al. <br> *Third-party defendant* | Civil Action No. 1:23-cv-05138-LGS-VF |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   CANDLEWOOD PARTNERS, LLC
c/o MLCL Statutory Agent, Inc.
111 Superior Avenue East, Suite 2700
Cleveland, OH 44114

    A lawsuit has been filed against defendant  CASE-MATE, INC.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  VINCI BRANDS LLC  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alan F. Kaufman and Nicole Phe
Nelson Mullins Riley & Scarborough, LLP, 330 Madison Avenue, 27th Floor, New York, NY, 10017
alan.kaufman@nelsonmullins.com and nicole.phe@nelsonmullins.com

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Vatis
Benesch Friedlander Coplan & Aronoff LLP, 1155 Avenue of the Americas, 26th Flr., New York, NY 10036
mvatis@beneschlaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: June 28, 2024

CLERK OF COURT

/S/ S. James
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-05138-LGS-VF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CANDLEWOOD PARTNERS LLC

was received by me on *(date)* JULY 2ND 2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LINSAY SCHENE , who is
designated by law to accept service of process on behalf of *(name of organization)*
CANDLEWOOD PARTNERS LLC on *(date)* JULY 3RD 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served documents, Summons, Second Amended Complaint,
Defendant's Answer to Second Amended Complaint, Counterclaims,
and Third-Party Claims

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: JULY 8TH 2024

*Server's signature*

MARK BERUS PROCESS SERVER

*Printed name and title*

PO BOX 93447 CLEVELAND OHIO 44101

*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

VINCI BRANDS LLC )
_Plaintiff_ )
v. ) Civil Action No. 1:23-cv-05138-LGS-VF
CASE-MATE, INC. )
_Defendant, Third-party plaintiff_ )
v. )
CANDLEWOOD PARTNERS, LLC, et al. )
_Third-party defendant_ )

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: _(Third-party defendant's name and address)_    CWD ARMOR MANAGEMENT, LLC
c/o ACFB
127 Public Square, Suite 4900
Cleveland, OH 44114

    A lawsuit has been filed against defendant  CASE-MATE, INC.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  VINCI BRANDS LLC  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alan F. Kaufman and Nicole Phe
Nelson Mullins Riley & Scarborough, LLP, 330 Madison Avenue, 27th Floor, New York, NY, 10017
alan.kaufman@nelsonmullins.com and nicole.phe@nelsonmullins.com

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Vatis
Benesch Friedlander Coplan & Aronoff LLP, 1155 Avenue of the Americas, 26th Flr., New York, NY 10036
mvatis@beneschlaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: June 28, 2024

CLERK OF COURT

/S/ S. James
_Signature of Clerk or Deputy Clerk_

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:23-cv-05138-LGS-VF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CWD ARMOR MANAGEMENT LLC
was received by me on *(date)* JULY 2ND 2024 .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MIKE DURNET , who is designated by law to accept service of process on behalf of *(name of organization)*
CWD ARMOR MANAGEMENT LLC on *(date)* JULY 3RD 2024 ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* Served documents, Summons, Second Amended Complaint, Defendant's Answer to Second Amended Complaint, Counterclaims, and Third-Party Claims

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: JULY 8TH 2024

*Server's signature*

MARK BERUS PROCESS SERVER
*Printed name and title*

PO BOX 93447 CLEVELAND OHIO 44101
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCI BRANDS LLC,<br>　　Plaintiff and<br>　　Counterclaim Defendant,<br><br>　　　v.<br><br>COACH SERVICES INC., KATE SPADE, LLC, TAPESTRY, INC., and CASE-MATE, INC.,<br><br>　　Defendants,<br><br>and<br><br>CASE-MATE, INC.,<br><br>　　Counterclaim Plaintiff,<br>　　　v.<br><br>VINCI BRANDS, LLC; CANDLEWOOD PARTNERS, LLC, CWD ARMOR MANAGEMENT, LLC, ONWARD BRANDS, LLC, and ACS GROUP ACQUISITIONS, LLC,<br><br>　　Counterclaim Defendants. | Civil Action No.<br>No. 1:23-cv-05138-LGS-VF<br><br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

　　I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action against CWD Armor Management, LLC and Candlewood Partners, LLC was commenced on June 27, 2024 with a filing of a summons and counterclaim, a copy of the summons and counterclaim was served on (1) Defendant CWD Armor Management, LLC by personally serving Mike Durnet and (2) Defendant Candlewood Partners, LLC  by personally serving Linsay Schene *and proofs of service was therefore filed on* July 31, 2024*, Doc. #s* 451 and 452*.* An amended counterclaim was filed and served via ECF [466] on August 16, 2024.

1

2

I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the amended counterclaim herein. The default of the defendants are hereby noted.

Dated: _____, 2025

                                          **TAMMI M. HELLWIG**
                                              Clerk of Court

**By:** _____
                                        **Deputy Clerk**