**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
VINCI BRANDS LLC,

                          Plaintiff,

            -against-

COACH SERVICES, INC. et al.,

                   Defendants.
------------------------------------------------------------------X
KATE SPADE LLC et al.,

                     Plaintiffs,

            -against-

VINCI BRANDS LLC,

                   Defendant.
------------------------------------------------------------------X

**23-cv-5138 (LGS) (VF)**
**23-cv-5409 (LGS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In Case No. 23-CV-5138, on July 17, 2025, Vinci moved to compel Kate Spade to log privileged communications after July 14, 2023. ECF No. 865. This request was discussed during the conference on August 12, 2025, at which time the Court asked Kate Spade to provide a sample of 50 e-mails from the period of June 15, 2023, to August 15, 2023, that were withheld on the basis of privilege and involved only in-house counsel on the communications (no outside counsel). Kate Spade provided the set of e-mails for in camera review on September 9, 2025. During Kate Spade's review for purposes of providing the Court with a sample set of e-mails, Kate Spade identified documents that had been inadvertently withheld and produced them to Vinci. ECF Nos. 912-913. The Court reviewed the sample set of e-mails provided by Kate Spade. All of the e-mails were appropriately

withheld as privileged. The communications demonstrate that in-house counsel was involved for purposes of providing legal (and not business) advice. As such, Vinci's request at ECF No. 865 is denied. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 865.

At ECF No. 902, Case-Mate indicated that ACS had not yet produced certain responsive documents. ACS responded to Case-Mate's letter on September 5, 2025. ECF No. 906. Separately, Vinci produced two supplemental expert reports on September 18, 2025, and indicates that Case-Mate and KSNY plan to object to the supplemental reports. See ECF No. 916. If either Case-Mate or KSNY want to raise an objection to the supplemental reports, they are hereby directed to do so by **October 3, 2025**. If an objection is filed, Vinci is hereby directed to respond to the objection by **October 16, 2025**. A conference is hereby scheduled for **October 17, 2025 at 11 a.m.** to discuss the supplemental expert reports served by Vinci, as well as to discuss whether the issues raised by Case-Mate in its letter at ECF No. 902 have been resolved. Additionally, if there were any other discovery-related issues previously raised by the parties with the Court that are still outstanding, the parties are directed to submit a letter by **October 16, 2025**, outlining those issues for discussion at the conference.

For the conference, counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; passcode [542 362 207#].

In Case No. 23-cv-5409, the Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 572. That request was resolved by the Court's prior order at ECF No. 575.

**SO ORDERED.**

DATED:     New York, New York
             September 25, 2025

                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge