UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VINCI BRANDS LLC,

                       Plaintiff,                                   23-cv-5138 (LGS) (VF)

        -against-                                       **ORDER**

COACH SERVICES, INC. et al,

                       Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      By **October 31, 2025**, ACS is ordered to produce bank statements through March 31, 2025. See ECF Nos. 938, 939. ACS is seeking damages from Case-Mate through March 31, 2025. Case-Mate is therefore entitled to financial records from that period in order to understand and contest the amount of damages claimed. The loan ledger which Case-Mate points to is insufficient for this purpose. Even if the loan ledger were admissible evidence, it is a document created by ACS, and there does not appear to be any underlying supporting documentation corroborating some of the transactions identified on the loan ledger, as Case-Mate explained at the conference on October 17, 2025.

      The Clerk of Court is respectfully directed to terminate the gavels at ECF Nos. 902, 939.

      A conference in this matter to address the issue concerning the Chase subpoena raised at ECF No. 938 is hereby scheduled for **October 24, 2025 at 10:30 a.m.** Counsel for the parties and Chase are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [277 725 684#].**

      ACS is directed to serve this order on JP Morgan Chase Bank N.A. and JPM Securities LLC.

Case-Mate is directed to file any response to ECF No. 938 by **October 23, 2025 at 12:00 p.m.**

    **SO ORDERED.**

DATED:    New York, New York
              October 17, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge