

Erika C. Birg
Attorney
T: (404) 322-6110
erika.birg@nelsonmullins.com



**Dated: November 20, 2025**

Any party who maintains that Case-Mate's exhibits should remain sealed should file a letter supporting sealing pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **November 26, 2025.** If no such motion is made, the exhibits will be unsealed.

**VIA ECF**

The Honorable Lorna Schofield
Judge, United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *Vinci Brands LLC v. Coach, Inc., et al.*, Civil Action No. 1:23-cv-05138-LGS
         Case-Mate's Letter Motion to Seal

Dear Judge Schofield:

Pursuant to Rule I.D.3 of Your Honor's Individual Practices in Civil Cases, Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under seal Exhibits A, B, E, and I to Case-Mate's Pre-Motion Letter Requesting a Conference [ECF 952].

Case-Mate seeks to seal these exhibits because other parties marked these documents or testimony in discovery as either "Confidential" or "Highly Confidential-Attorney Eyes Only" under the Stipulation and Confidentiality Agreement and Order [ECF 233] (the "Confidentiality Stipulation"). To ensure compliance with the Confidentiality Stipulation, Exhibits A, B, E, and I are submitted with this Letter Motion to Seal for the Court's consideration. They are not attached to ECF 952.

Case-Mate takes no position on whether these documents satisfy the criteria for sealing. Case-Mate is separately serving the Pre-Motion Letter and this Letter. with attendant exhibits, on opposing counsel by email. We thank the Court for its attention to this matter.

Respectfully submitted,

*Erika C. Birg*

Erika C. Birg
*Counsel for Case-Mate, Inc.*