**NELSON MULLINS**

Erika C. Birg
Attorney
T: (404) 322-6110
erika.birg@nelsonmullins.com

<div style="border:1px solid red">

# MEMO ENDORSED

*[signature]*

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: December 5, 2025**

Any party who maintains that Case-Mate's exhibit should remain sealed should file a letter supporting sealing pursuant to <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006) by **December 12, 2025.** If no such motion is made, the exhibit will be unsealed.

</div>

**VIA ECF**
The Honorable Lorna Schofield
Judge, United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:    *Vinci Brands LLC v. Coach, Inc., et al.*, Civil Action No. 1:23-cv-05138-LGS
      <u>Case-Mate's Letter Motion to Seal</u>

Dear Judge Schofield:

Pursuant to Rule I.D.3 of Your Honor's Individual Practices in Civil Cases, Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under seal Case-Mate, Inc.'s Opposition to ACS Counsel's Motion to Withdraw [ECF 976] and Exhibit 1 to the Declaration of Erika Birg In Support Of Case-Mate, Inc.'s Opposition to ACS Counsel's Motion to Withdraw [ECF 981].

Case-Mate seeks to seal this Opposition and exhibit because other parties marked this document and testimony in discovery as "Confidential" under the Stipulation and Confidentiality Agreement and Order [ECF 233] (the "Confidentiality Stipulation"). To ensure compliance with the Confidentiality Stipulation, Case-Mate's Opposition to ACS Counsel's Motion to Withdraw [ECF 976] and Exhibit 1 to the Declaration of Erika Birg In Support Of Case-Mate, Inc.'s Opposition to ACS Counsel's Motion to Withdraw submitted with this Letter Motion to Seal for the Court's consideration. They are not attached to ECF 981.

Case-Mate takes no position on whether these documents satisfy the criteria for sealing. Case-Mate is separately serving this Letter and Declaration with exhibits, on opposing counsel by email. We thank the Court for its attention to this matter.

      Respectfully submitted,

      */s/ Erika C. Birg*

      Erika C. Birg
      *Counsel for Case-Mate, Inc.*