UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                        :
VINCI BRANDS LLC,                                       :
                                    Plaintiff,          :
                                                        :
            -against-                                   :        23 Civ. 5138 (LGS)
                                                        :
COACH SERVICES INC., et al.,                            :
                                    Defendants,         :
                                                        :
----------------------------------------------------------------X
                                                        :
KATE SPADE LLC, et al.,                                 :
                                    Plaintiffs,         :
                                                        :
            -against-                                   :        23 Civ 5409 (LGS)
                                                        :
VINCI BRANDS, LLC, et al.,                              :        **ORDER**
                                    Defendants.         :
                                                        :
----------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the parties have stated their intentions to file cross-motions for summary

judgment (the "Motions").

        WHEREAS, a telephonic pre-motion conference was scheduled for December 9, 2025, at

3:00 P.M. to discuss the Motions.

        WHEREAS, the Motions will be referred to Magistrate Judge Figueredo in a separate

Order, it is hereby

        **ORDERED** that the December 9, 2025, conference is **CANCELED**.

Dated: December 8, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE