**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VINCI BRANDS LLC,

                                    Plaintiff,                          **23-cv-5138 (LGS) (VF)**
                                                                        **23-cv-5409 (LGS) (VF)**

                    -against-

COACH SERVICES, INC., et al.,                                          **SCHEDULING ORDER**

                                    Defendants.
-----------------------------------------------------------------X
KATE SPADE LLC, et al.,

                                    Plaintiffs,

                    -against-

VINCI BRANDS LLC, et al.,

                                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on December 12, 2025, the parties intend to file motions for summary judgment. The schedule outlined below applies to those motions. Kate Spade and Case-Mate can file separate briefs; Vinci, Candlewood, CWD Armor, Onward Brands, and ACS will file one joint brief. The Court will not impose page limits, but counsel should use their good judgment in determining the appropriate length for their submission with the understanding that effective advocacy does not require voluminous filings. Additionally, as discussed at the conference, any *Daubert* argument that may be dispositive of an element of a claim, should be raised in the summary judgment briefing. Once summary judgment briefing is complete, the Court will set a separate schedule for *Daubert* motions that are not dispositive of an element of a claim.

1

- Opening Summary Judgment Brief: March 2, 2026

- Opposition Brief: April 16, 2026

- Reply Brief: May 7, 2026

**SO ORDERED.**

DATED:    New York, New York
December 16, 2025

VALERIE FIGUEREDO
United States Magistrate Judge