**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

VINCI BRANDS LLC,

                  Plaintiff,

-against-

COACH SERVICES, INC. et al,

                  Defendants.

------------------------------------------------------------------X

**23-cv-5138 (LGS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Case-Mate filed a letter motion requesting to sealing of certain exhibits at ECF No. 992, which was refiled at ECF No. 995. The Court directed the parties to make a showing pursuant to Lugosh v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) to permanently seal the information by December 18, 2025. ECF No. 994. No such showing was made.

Accordingly, the Clerk of the Court is respectfully directed to unseal the documents at ECF Nos. 995, 995-1, and 995-2.

    **SO ORDERED.**

DATED:    New York, New York
            January 7, 2026

VALERIE FIGUEREDO
United States Magistrate Judge