**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

VINCI BRANDS LLC,

                    Plaintiff,                  **23-CV-5138 (LGS) (VF)**

              -against-

                                              **ORDER**

COACH SERVICES, INC. et al,

                  Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Pursuant to the representation of Vinci's counsel to Chambers via e-mail on February 18,

2026, Vinci withdraws its motions at ECF Nos. 816 and 818 in their entirety.

       Accordingly, the Clerk of the Court is respectfully directed to close the motions at ECF

Nos. 816 and 818.

       **SO ORDERED.**

DATED:     New York, New York
             February 18, 2026

                                           _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge