**NELSON MULLINS**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
**ATTORNEYS AND COUNSELORS AT LAW**

Erika C. Birg
T: 404.322.6110
**erika.birg@nelsonmullins.com**

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T 404.322.6000  F 404.322.6050
**nelsonmullins.com**

March 9, 2026

**VIA ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse, S.D.N.Y.
500 Pearl Street
New York, NY 10007

     RE:   *Vinci Brands, LLC v. Tapestry, Inc. et al.,*
           Civil Action No. 1:23-cv-05138-LGS-VF
           *Case Mate's Letter Motion to Seal Deposition Excerpts*

Dear Judge Figueredo:

Pursuant to Rule I.g.2 of Your Honor's Individual Practices in Civil Cases, and ECF 1008, Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under seal, at this time, the following deposition excerpts in support of Case-Mate's Motion for Summary Judgment, accompanied by my declaration:

- ACS Acquisitions LLC 30(b)(6) deposition of Charles Tebele on January 27, 2025
- Candlewood Partners 30(b)(6) deposition of Stephen Latkovic on January 23, 2025
- Case-Mate, Inc. 30(b)(6) deposition of Steven Marzio on January 29, 2025
- Clark, Marshall deposition on April 25, 2024
- D.A. Davidson & Company 30(b)(6) deposition of Austin Black on January 8, 2025
- Davis, Howard deposition on January 24, 2025
- Dittmer, Mallory deposition on March 26, 2024
- Haddad, Sonny deposition on January 13, 2025
- Latkovic, Steve deposition on March 21, 2024
- Latkovic, Steve deposition on January 10, 2025
- Maclean, Kelly deposition on June 6, 2024
- Mody, Saumil Chetan deposition on January 15, 2025
- Monroe Capital 30(b)(6) deposition of Nathan Harrell on January 22, 2025
- Phillips, Josh deposition on April 19, 2024
- Pollack, Glenn deposition on February 11, 2024
- Rindahl, Eric deposition on May 2, 2024
- Roney, Kristen deposition on April 24, 2024
- Siena Lending 30(b)(6) deposition of Keith Holler on May 9, 2024
- Sklencar, Joseph deposition on April 29, 2024
- Stech, Brian deposition on April 23, 2024

- Superior Communications LLC 30(b)(6) deposition of Margaret Chang Liao on May 30, 2024
- Tebele, Charlie deposition on May 10, 2024
- Vinci Brands, LLC 30(b)(6) deposition of Steven Latkovic on January 9, 2025
- Warshaw, Charlotte deposition on April 17, 2024

The deposition excerpts are attached hereto and referenced in Case-Mate's upcoming Memorandum of Law in Support of its Motion for Summary Judgment. Each of the transcripts was marked Confidential or Highly Confidential during discovery in this case, pursuant to the Stipulation and Confidentiality Agreement and Order. [ECF 233.]

Case-Mate asks the Court to temporarily seal these deposition excerpts filed on the cross-motions for summary judgment, and to allow Case-Mate to make the necessary showing for these documents and all other documents to be filed on or before June 12, 2026, with any oppositions by June 26, 2026. This briefing schedule will allow the parties to make the appropriate showings for all exhibits at one time rather than piecemeal and will assist the Court in making the sealing decisions. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Erika C. Birg*
Erika C. Birg
Counsel for Case-Mate, Inc.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: March 10, 2026**

The parties' proposed schedule regarding sealing is **ADOPTED**. Each party may file an omnibus motion for its sealing requests related to the summary judgment filings, making a showing pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), by **June 12, 2026**. Oppositions to any sealing request are due by **June 26, 2026**.